MARC C. FORSYTHE – State Bar No. 153854
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA  92612
Tel:  (949)798-2460
Fax:  (949) 955-9437
mforsythe@goeforlaw.com

Attorney for Plaintiffs Brian Horowitz and
Creative Outdoor Distributors USA, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| TCP INVESTEMENTS, LLC,<br><br>        Plaintiff/Counter-defendant<br><br>vs.<br><br>CREATIVE OUTDOOR DISTRIBUTORS USA, INC.<br>        Defendant<br><br> and BRIAN HOROWITZ,<br><br>        Defendant/Counterclaimant | **Case No.:** 8:19-cv-00516-JLS-DFMx<br><br><br>**DEFENDANT/ COUNTERCLAIMANT BRIAN HOROWITZ'S COUNTERCLAIM AGAINST PLAINTIFF/COUNTER-DEFENDANT TCP INVESTMENTS, LLC** |

        COMES NOW Defendant/Counterclaimant Brian Horowitz and for his

Counterclaim against Plaintiff/Counter-defendant TCP Investment, LLC states as

follows:

1

**PARTIES, JURISDICTION, AND VENUE**

1.     Brian Horowitz ("Horowitz") is a resident of Orange County, California.

2.     TCP Investments, LLC ("TCP") is a California limited liability company with an address of 9282 Miramar Rd., San Diego, California.

3.     This Court has subject matter jurisdiction under 35 U.S.C. § 271.

4.     Both Horowitz and TCP are parties to this case; and therefore, venue is proper in this Court.

**FACTUAL BACKGROUND**

5.     On or about September 19, 2014, Horowitz applied for a patent for a folding wagon having movable wheels that allow axial alignment of all its wheels when the wagon is in the contracted closed position.

6.     On or about September 29, 2015, the United States Patent and Trademark Office awarded Horowitz the patent identified as U.S. 9,145,154 B1 ("'154 patent").  A true and correct copy of the '154 patent is attached herewith and incorporated herein as "**Exhibit A**."

7.     Horowitz has made all due efforts to patent mark all wagons he sells or his licensees sell to put the public and TCP on notice of the '154 patent.

2

8.      The patent has 23 claims, including three independent claims and 20 dependent claims.

9.      Upon information and belief, TCP does business as TCP Global in selling products on Amazon.com's online sales platform.

10.      Among the products that TCP sells on Amazon.com includes several variations of a folding wagon ("TCP's wagons") that follows each and every element of claim number 19 of Horowitz's '154 patent.

11.      Claim 19 of Horowitz's '154 patent teaches "a basket within which to carry articles."

12.      TCP's wagons have a basket that carries articles.

13.      Claim 19 of Horowitz's '154 patent teaches "a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said basket is outstretched and a compact closed configuration at which said basket is collapsed."

14.      TCP's wagons have a collapsible frame that folds between an expanded position and a compact closed position.

15.      When TCP's wagons are in the expanded position, the basket is outstretched.  When TCP's wagons are in the compact closed position, the basket is collapsed.

16.     Claim 19 of Horowitz's '154 patent teaches "a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another."

17.     TCP's wagons have a pair of front wheels that are separated from one another.

18.     Claim 19 of Horowitz's '154 patent teaches "a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another."

19.     TCP's wagons have a pair of rear wheels that are separated from one another.

20.     Claim 19 of Horowitz's '154 patent teaches "the wheels of a first pair of front and rear wheels being movable towards and away from one another, such that the wheels of the first of said pairs of wheels are moved toward one another while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another and wherein when the wagon is folded to said compact

4

closed configuration, an axis of rotation of said pair of front wheels is parallel to an axis of rotation of said pair of rear wheels."

21.     TCP's wagons have a pair of wheels that move toward one another while the other pair of wheels remain separated.

22.     When one pair of TCP's wagons' wheels are moved toward one another, TCP's wagons may be folded to a compact closed configuration with one pair of wheels located between the other pair of wheels in an axially aligned position when the wheels' rotation are parallel with one another.

23.     Claim 19 of Horowitz's '154 patent does not include any additional claims beyond those stated in paragraphs 10, 12, 15, 17, and 19 of this Counterclaim.

24.     TCP is not authorized to make, import, use, advertise for sale, or sell any products that follow any of the claims of the '154 patent.

25.     On November 13, 2018, Horowitz lodge a report of infringement of his U.S. Patent No. U.S. D757,637 S ("the '637 patent") against TCP Global products.  A copy of this patent is attached herewith and incorporated herein as "**Exhibit B**."  TCP disagrees that its products follow the '637 patent.  However, these same accused products follow every element of claim number 19 of Horowitz's '154 patent.

5

26.     Even if TCP's wagons do not infringe on Horowitz's '637 patent, they certain infringe on his '154 patent; and, therefore, TCP was is not authorized to sell such wagons.

27.     TCP continues to sell certain variations of their folding wagons that infringe on Horowitz's patent.  True and correct copies of Amazon.com web pages showing these wagons advertised by TCP are collectively attached herewith and incorporated herein as "**Exhibit C.**"

## COUNT I – PATENT INFRINGMENT

28.     Horowitz incorporates paragraph nos. 1 through 24 by reference.

29.     Horowitz's '154 patent is valid and enforceable.

30.     Whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefor, infringes the patent.  35 U.S.C. § 271(a).

31.     Upon information and belief, TCP knew of and intentionally infringed upon Horowitz's '154.

32.     Upon information and belief, TCP makes unauthorized wagons that follow all of the elements of claim 19 of Horowitz's '154 patent.

33.     Upon information and belief, TCP uses unauthorized wagons that follow all of the elements of claim 19 of Horowitz's '154 patent.

34.     TCP has offered and continues to offer to sell unauthorized wagons that follow all of the elements of claim 19 of Horowitz's '154 patent.

35.     TCP has sold and continues to sell unauthorized wagons that follow all of the elements of claim 19 of Horowitz's '154 patent.

36.     TCP's wagons are literal infringements of Horowitz's '154 patent.

37.     If not literal infringements, TCP's wagons are equivalent infringements of Horowitz's '154 patent.

38.     **Exhibit C** includes photographs of TCP's wagons that they offer to sell and sell.

39.     TCP's infringement of Horowitz's '154 patent has caused him damages in the amount of lost profits and lost royalties.

40.     TCP is liable for infringing on claim 19 of Horowitz's '154 patent.

## RELIEF SOUGHT

41.     For TCP's infringement upon his '154 patent, Horowitz seeks the following relief:

a.     An order enjoining TCP from making, using, offering to sell, and/or selling additional wagons that follow the '154 patent;

7

b.      Damages permitted by 35 U.S.C. § 284 in an amount to be

determined by the Court.;

c.      A finding that this case is "exceptional" and an award to Horowitz

of its costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285; and

d.      All other relief to which Horowitz may be properly awarded.

WHEREFORE, Defendant/Counterclaimant Brian Horowitz prays this Court

enter judgment in his favor and grant him all proper relief.

Date:  August 30, 2019

_____

Marc C. Forsythe, Attorney for Brian Horowitz

8



US009145154B1

(12) **United States Patent**
　Horowitz

(10) **Patent No.:**　　**US 9,145,154 B1**
(45) **Date of Patent:**　　**Sep. 29, 2015**

(54) **FOLDING WAGON**

(71) Applicant: **Brian Horowitz**, Foothill Ranch, CA (US)

(72) Inventor: **Brian Horowitz**, Foothill Ranch, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/491,155**

(22) Filed: **Sep. 19, 2014**

(51) **Int. Cl.**
　*B62B 3/02*　　　(2006.01)
　*B62B 5/00*　　　(2006.01)
　*B62B 3/10*　　　(2006.01)
　*B62B 5/06*　　　(2006.01)
　*B62B 3/00*　　　(2006.01)

(52) **U.S. Cl.**
　CPC .............. *B62B 3/025* (2013.01); *B62B 3/007* (2013.01); *B62B 3/102* (2013.01); *B62B 5/0013* (2013.01); *B62B 5/06* (2013.01); *B62B 2202/52* (2013.01); *B62B 2205/06* (2013.01); *B62B 2205/12* (2013.01); *B62B 2205/24* (2013.01)

(58) **Field of Classification Search**
　CPC .... B62B 3/007; B62B 3/02; B62B 2202/402; B62B 2202/52; B62B 2202/06; B62B 2205/12; B62B 2205/14; B62B 2205/145; B62B 2301/10; B62B 3/025; B62B 2205/02; B62B 2205/26
　USPC ............ 280/638, 639, 651, 87.01, 401, 79.3; 180/208; 135/88.01, 88.02
　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 961,234 | A | * | 6/1910 | Hoover ............................ 248/88 |
| 1,335,122 | A | * | 3/1920 | Mahr ............................. 280/42 |
| 1,432,114 | A | * | 10/1922 | Mahr ............................. 280/42 |
| 2,020,766 | A | * | 11/1935 | Brown ............................ 280/639 |
| 3,100,652 | A | * | 8/1963 | Schenkman ....................... 280/644 |
| 3,625,381 | A | * | 12/1971 | Menzi .......................... 414/694 |
| 5,806,827 | A | * | 9/1998 | Gilmore ......................... 248/534 |
| 5,887,879 | A | * | 3/1999 | Chumley ......................... 280/40 |
| 5,915,723 | A | * | 6/1999 | Austin .......................... 280/651 |
| 5,979,102 | A | * | 11/1999 | Sagryn .......................... 43/21.2 |
| 6,217,043 | B1 | * | 4/2001 | Chumley ......................... 280/40 |
| 6,263,893 | B1 | * | 7/2001 | Spinella et al. ............... 135/88.01 |
| 6,409,029 | B1 | * | 6/2002 | Bermes ......................... 211/70.6 |
| 6,491,318 | B1 | * | 12/2002 | Galt et al. ..................... 280/651 |
| 6,845,991 | B1 | * | 1/2005 | Ritucci et al. ................... 280/30 |
| 7,000,928 | B2 | * | 2/2006 | Liao ............................ 280/38 |
| 7,004,481 | B1 | * | 2/2006 | Stanish ......................... 280/37 |
| 7,523,955 | B2 | * | 4/2009 | Blair ........................... 280/656 |
| 7,530,581 | B1 | * | 5/2009 | Squires, Sr ................... 280/79.11 |
| 7,547,037 | B2 | * | 6/2009 | Poppinga et al. ................ 280/651 |
| 7,871,099 | B2 | * | 1/2011 | Gilbertson et al. ............... 280/642 |
| 7,963,530 | B1 | * | 6/2011 | Garcia .......................... 280/30 |
| 8,011,686 | B2 | * | 9/2011 | Chen et al. ..................... 280/651 |
| 8,162,349 | B1 | * | 4/2012 | Roselle ......................... 280/654 |

(Continued)

Primary Examiner — Katy M Ebner
Assistant Examiner — Emma K Frick
(74) Attorney, Agent, or Firm — Morland C. Fischer

(57) **ABSTRACT**

A folding wagon having a basket within which to carry articles and/or small children and a collapsible frame to enable the wagon to be folded between an expanded open configuration at which the basket is outstretched and a compact closed configuration at which the basket is collapsed. The wagon also has pairs of front and rear wheels that are spaced outwardly from the front and rear of the wagon so as to lie ahead of and behind the basket. A handle is connected to the top of the basket at the front of the wagon. When the wagon is folded to its compact closed configuration, the pairs of front and rear wheels are positioned in axial alignment to facilitate transport and/or storage. With the wagon folded, the axially-aligned pairs of wheels and the handle form a stand for supporting the wagon in an upright position.

**23 Claims, 9 Drawing Sheets**






EXHIBIT
A

US 9,145,154 B1

Page 2

(56)                 References Cited

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,220,824 | B2 * | 7/2012 | Chen et al. | 280/651 |
| 8,465,031 | B2 * | 6/2013 | Coghill, Jr. | 280/79.3 |
| 8,567,810 | B2 * | 10/2013 | Abecassis et al. | 280/651 |
| 8,746,377 | B1 * | 6/2014 | Dunbar | 180/19.2 |
| 8,882,135 | B1 * | 11/2014 | Chen | 280/651 |
| 8,973,940 | B2 * | 3/2015 | Chen et al. | 280/639 |
| 8,998,246 | B2 * | 4/2015 | Griffard | 280/651 |
| 2002/0140190 | A1 * | 10/2002 | Shapiro | 280/39 |
| 2003/0025301 | A1 * | 2/2003 | Banuelos, III | 280/651 |

| | | | | |
|---|---|---|---|---|
| 2003/0234501 | A1 * | 12/2003 | Cohen | 280/47.24 |
| 2008/0129016 | A1 * | 6/2008 | Willis | 280/639 |
| 2009/0115167 | A1 * | 5/2009 | Chin et al. | 280/639 |
| 2010/0059950 | A1 * | 3/2010 | Coghill, Jr. | 280/47.26 |
| 2010/0090444 | A1 * | 4/2010 | Chen et al. | 280/651 |
| 2010/0156069 | A1 * | 6/2010 | Chen | 280/639 |
| 2010/0187034 | A1 * | 7/2010 | Wang | 180/208 |
| 2011/0204598 | A1 * | 8/2011 | Stevenson | 280/639 |
| 2011/0285112 | A1 * | 11/2011 | Chen et al. | 280/651 |
| 2012/0274052 | A1 * | 11/2012 | Zhu | 280/651 |
| 2014/0001735 | A1 * | 1/2014 | Yang et al. | 280/651 |
| 2014/0353945 | A1 * | 12/2014 | Young et al. | 280/650 |

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 3A*



*Fig. 4*

*Fig. 5*



*Fig. 6*

*Fig. 7*

*Fig. 8*



*Fig. 9*

*Fig. 10*



*Fig. 11*

*Fig. 12*



*Fig. 13*

*Fig. 14*



*Fig. 15*

*Fig. 16*

US 9,145,154 B1

1

# FOLDING WAGON

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a folding wagon having pairs of front and rear wheels and a fabric basket within which to carry a variety of articles or small children. The front and back wheels are positioned in axial alignment relative to another when the wagon is folded from an expanded open configuration during use to a compact closed configuration at which to facilitate transport and/or storage of the wagon when it is not being used.

2. Background Art

It is known for basket-carrying wagons to be folded and unfolded between open and collapsed configurations. However, the frame of such folding wagons tends to bind or stick when the wagon is being folded or unfolded. Such frame binding sometimes makes it difficult for the user to deploy or stow the wagon when it is not in use which often results in user frustration. Once the wagon has been unfolded to its open configuration, pairs of front and rear wheels are typically located directly below the basket. It has been found that locating the wheels below the basket can make the wagon unstable and subject to tipping over when the wagon is pulled rapidly or when the wagon travels over steep or bumpy surfaces. In this same regard, when the wagon is folded to its closed configuration, the pairs of front and rear wheels are correspondingly rotated towards and engage one another. Consequently, it is often difficult to completely fold the wagon into an ideal compact shape that is best suited for efficient transport and/or storage.

Regardless of the location of the front and rear wheels, the folding wagon is typically pulled by means of an elongated handle that has been coupled to the wagon near the bottom of the frame. Connecting the handle at this location on the frame has been known to cause the wheels to momentarily lock up and the wagon to stall when hard pushing or pulling forces are applied to the handle.

The baskets associated with conventional folding wagons are generally sized to carry a variety of articles and/or small children. However, such baskets are manufactured from a flexible material that is known to sag and collapse when the contents of the basket become relatively heavy. For some wagons, having the ability to locate an adjustable height canopy above the basket is advantageous to protect the wagon's contents from the weather. However, in some cases, it is difficult to easily and reliably connect (and disconnect) the overhead canopy to vertical canopy supports which stand upwardly from the wagon frame.

Accordingly, it would be desirable to have available an improved folding wagon that overcomes the disadvantages that are described above and remain common to conventional folding wagons.

## SUMMARY OF THE INVENTION

In general terms, an improved folding wagon is disclosed which is pulled by hand and which carries a variety of articles and/or small children. The folding wagon includes a frame that is adapted to be folded from an expanded open configuration during use to a compact closed configuration at which to facilitate storage and/or transport when the wagon is not being used. A fabric basket is seated on a rack at the bottom of the frame, and a canopy is held above the basket to protect the contents of the basket from the weather. A pair of cup holders are carried at the front end of the basket, and a utility bag is

2

carried adjacent the rear end of the basket. The canopy is mounted above the basket by means of vertically extending telescopic extensions. The telescopic extensions have canopy retention plugs at the tops thereof that are detachably connected to diagonal locking lips of respective locking panels that are sewn to inside corners of the canopy so that the canopy is reliably held in place above the basket.

The frame of the folding wagon includes front and rear basket support rods. The front and rear ends of the fabric basket are folded over and stitched together so as to surround the front and rear basket support rods. The opposite sides of the basket are folded over so as to surround side support straps. Opposite ends of the side support straps are coupled to corresponding opposite ends of the front and rear basket support rods. The basket support rods and the side support straps hold the basket up and prevent sagging when the basket carries a heavy load. One end of a handle for pulling the wagon is pivotally coupled to the front basket support rod adjacent the top of the front end of the basket. By connecting the handle to the wagon frame near the top of the basket, hard pushing or pulling forces applied to the handle are unlikely to cause the wagon wheels to lock up and the wagon to stall.

The wagon has a pair of front wheels connected to a front wheel support track that is located ahead of the basket and spaced forwardly from the rack upon which the basket is seated. The wagon also has a pair of rear wheels slidably connected to a rear wheel support track that is located behind the basket and spaced rearwardly from the basket support rack. By spacing the front and back wheels ahead of and behind the basket and the basket support rack, the folding wagon is made more stable and less likely to tip over. The pair of rear wheels is coupled to and slidable along the rear wheel support track by means of respective collars. The collars slide towards one another along the rear wheel support track, whereby the pair of rear wheels are correspondingly moved together so as to lie side-by-side one another. Accordingly, when the wagon is folded to its compact closed configuration, the pair of rear wheels will lie inside the pair of front wheels, such that the front and rear wheels will be held in axial alignment to facilitate a complete folding of the wagon so as to be ideally suited for transport and/or storage when the wagon is not in use.

The frame of the folding wagon also includes first and second pairs of side support arms that are located at each of the sides of the wagon and adapted to rotate between an outstretched position when the wagon is in use and a collapsed position when the wagon is folded and not in use. Each pair of side support arms is pivotally connected together by means of a pivot coupling. A pull strap is attached to the basket support rack below the basket. The pull strap extends from the basket support rack and upwardly through the bottom of the basket at a slit formed therein. An upward pulling force applied to the pull strap causes each of the pairs of side support arms to rotate at a respective pivot coupling to its collapsed position by which to simultaneously enable the wagon to be easily folded to its compact closed configuration without binding. After it is folded, a pulling force applied to the wagon will cause the axially-aligned pairs of front and rear wheels of the wagon to roll along a surface. In the alternative, the handle and the axially-aligned wheels can be positioned relative to one another to create a stand by which to hold the folded wagon upright when it is not in use.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view showing a first side, the front and a canopy top of a folding wagon according to a preferred embodiment of this invention with the wagon unfolded to an expanded open configuration;

US 9,145,154 B1

3

FIG. 2 is a perspective view showing the opposite side, the rear and canopy top of the folding wagon of FIG. 1;

FIG. 3 is a partial perspective view of the first side and the rear of the folding wagon showing details of a telescoping extension detachably connected to one corner of the canopy top;

FIG. 3A shows an enlarged detail of the frame of the folding wagon taken from FIG. 3;

FIG. 4 is a partial perspective view of the first side and the rear of the folding wagon showing details of a support strap emerging from one side of a basket of the wagon and coupled to a rear basket support rod;

FIG. 5 is a cross-section taken along FIGS. 5-5 of FIG. 4;

FIG. 6 is a partial perspective view of the opposite side and the rear of the folding wagon showing a pair of rear wheels spaced from one another along a rear wheel support track;

FIG. 7 is a cross-section taken along lines 7-7 of FIG. 6;

FIG. 8 is a partial perspective view of the opposite side and the rear of the folding wagon showing the pair of rear wheels moved together along the rear wheel support track;

FIG. 9 is a perspective view of the folding wagon showing a lifting force being applied to a pull strap attached to the frame of the wagon below the basket thereof to cause the wagon to be folded from the expanded open configuration of FIG. 1 to a compact closed configuration;

FIG. 10 is a perspective view showing details of the pull strap attached to the frame of the folding wagon to receive a pulling force for causing the wagon to be folded to the compact closed configuration;

FIG. 11 is a perspective view showing the front of the folding wagon after the wagon has been folded to the compact closed configuration at which the wheels and a handle create a stand for holding the wagon upright;

FIG. 12 is a perspective view showing the rear of the folding wagon in the compact closed configuration at which the wheels of the wagon are rolled over a surface;

FIGS. 13 and 14 show one embodiment for an optional storage rack located at a side of the folding wagon by which to carry a surfboard or the like; and

FIGS. 15 and 16 show another embodiment for an optional storage rack located at a side of the folding wagon by which to carry a fishing rod or the like.

DESCRIPTION OF THE PREFERRED
EMBODIMENT

Referring initially to FIGS. 1-3 of the drawings, there is shown a folding wagon 1 of the kind to be pulled by hand to carry a variety of articles including, but not limited to, sporting and camping goods, business inventory, and even small children. The folding wagon 1 includes a fabric basket 3 within which to transport the articles, a fabric canopy 5 spaced overtop the basket 3 to provide shade and protection from the weather, and a fabric utility bag 7 located at the rear of the basket 3 within which small articles (e.g., keys, tools, another bag, or the like) can be conveniently carried. The fabric basket 3 is open at the top and closed along the bottom, front, back and sides. A pair of fabric cup holders 9 are attached (e.g., sewn) to the front of the basket 3 to enable beverage cups (not shown) to be received and carried therewithin.

The basket 3 lays upon and is supported by a rack 10 that runs along the bottom of the folding wagon 1. A first pair of hollow vertical support bars 12 stands upwardly from the front of the basket support rack 10, and a second pair of hollow support bars 14 stands upwardly from the rear of the basket support rack 10. A telescopic extension 16 is slidably

4

received by each of the front and rear vertical support bars 12 and 14. The telescopic extensions 16 are detachably connected to the canopy 5 so as to be able to selectively adjust the height of the canopy 5 above the basket 3 and enable the canopy 5 to be removed from the wagon 1 in which case the telescopic extensions can be pushed downwardly inside respective ones of the vertical support bars 12 and 14.

FIG. 3 of the drawings shows one of the telescopic extensions 16 pulled outwardly and upwardly from its (e.g., rear) hollow vertical support bar 14 to be detachably connected to one corner of the canopy 5. The inside of each corner of the canopy 5 has a locking panel 16 attached (e.g., sewn) thereto. A locking lip 20 runs diagonally across a corner of the canopy 5 at the top of the locking panel 16. A canopy retention plug 21 is mounted on the top of the telescopic extension 16. With the telescopic extension 16 raised above the basket 3, the canopy retention plug 21 is seated upon the diagonal locking lip 20, whereby to prevent the canopy 5 from being lifted or blown off the extension 16 and separating from the wagon. When it is desirable to remove the canopy 5 from the wagon 1, each canopy retention plug 21 is moved off and out of engagement with the diagonal locking lip 20 of the corner locking panel 18 so that the canopy 5 is now free to be lifted off the telescopic extensions 16.

The folding wagon 1 includes a folding frame which enables the wagon to be folded from an expanded open configuration during which articles are carried within the basket 3 to a compact closed configuration at which the wagon is suitable for transport and/or storage when not in use. The frame includes a front basket support rod 26 at the front of the basket 3. A front upper frame brace 28 extends horizontally across the front of the wagon 1 between the pair of front vertical support bars 12. The frame also includes a rear basket support rod 32 at the rear of the basket 3. A rear upper frame brace 34 extends horizontally across the rear of the wagon between the pair of rear vertical support bars 14.

The front and rear basket support rods 26 and 32 are located at opposite ends of the wagon 1 and run horizontally across the top of the basket 3. The front end 22 of the basket 3 is folded over itself and closed (e.g., sewn) around the front basket support rod 26. The rear end 23 of the basket 3 is folded over itself and closed (e.g., sewn) around the rear basket support rod 32. The front and rear upper frame braces 28 and 34 are also located at opposite ends of the wagon 1 and lie between the top of the basket 3 and the canopy 5 thereover. The front and rear upper frame braces 28 and 34 are coupled to the pairs of front and rear vertical support bars 12 and 14 by means of respective pairs of elbow joints 35 and 36.

As an important advantage of the folding wagon 1, a front wheel support track 38 is spaced forward of the basket 3 by about four inches so as to lie ahead of the front end 24 of the basket support rack 10 upon which the basket 3 is seated. As will be described in greater detail hereinafter, a pair of front wheels 40 are connected to and held in place at the front wheel support track 38 by which the wheels are located in front of both the basket 3 and the basket support rack 10. Likewise, a rear wheel support track 42 (best shown in FIG. 6) is spaced rearward of the basket 3 by about four inches so as to lie behind the rear end 30 of the basket support rack 10. A pair of rear wheels 44 are connected to and movable laterally along the rear wheel support track 42 by which the wheels are held behind both the basket 3 and the basket support rack 10. By virtue of the pairs of front and rear wheels 40 and 44 being spaced outwardly from the basket 3 and the basket support rack 10, the wagon 1 is made increasingly stable and less likely to tip over when it is pulled rapidly or travels over a steep or bumpy surface.

US 9,145,154 B1

5

A lower handle retention clip 46 is mounted on the front wheel support track 38 in front of the basket 3. An upper handle retention clip 48 is mounted on the front upper frame brace 28 so as to lie above the lower handle retention clip 46. A rotatable wagon handle 50 is pivotally connected to the front of the folding wagon 1 at the front basket support rod 26. Thus, it may be appreciated that rather than connecting the handle near the bottom of the basket adjacent the front wheels, as in the case of conventional wagons, the handle 50 of the wagon 1 is pivotally connected to the front basket support rod 26 around which the top of the basket 3 is folded. Thus, it has been found that rapid pulling and pushing forces can be successively applied to the wagon 1 at the wagon handle 50 without the front and wheels 40 and 44 momentarily locking up and the wagon stalling.

The wagon handle 50 has a solid shaft that is rotatable at its pivotal connection to the front basket support rod 26 between upwardly raised and downwardly lowered positions. When the folding wagon 1 is at rest in its expanded open configuration (as best shown in FIGS. 1 and 2), the handle 50 is removably attached to the upper handle retention clip 48 so as to be retained in its upwardly raised position for easy access by a user. However, when the wagon is folded to its compact closed configuration (as best shown in FIGS. 11 and 12), the handle 50 is rotated to its downwardly lowered position at which to be removably attached to and held in place by the lower handle retention clip 46 for an advantage that will be described hereinafter.

Referring to FIGS. 3-5 of the drawings, a support strap 54 is shown running laterally through the top of one side 56 of the basket 3 of the folding wagon 1. Although only one side support strap 54 is shown, an identical support strap runs through each of the opposite sides 56 of the basket 3. In this regard, the top of each side 56 of the basket 3 is folded over and (e.g., sewn) closed against itself to create a loop within which to receive the support strap 54. While the front and rear basket support rods 26 and 32 hold up the front and rear ends 22 and 23 of the basket 3, each support strap 54 holds up its side 56 of the basket 3 and thereby prevents the side from sagging in response to the weight of the contents carried by the basket.

Opposite ends of the laterally-running support strap 54 emerge from the side 56 by way of slits 58 (only one of which being shown) formed in opposite ends of the side. As is best shown in FIG. 4, one end of a buckle 60 is coupled to one end of the side support strap 54. The opposite end of the buckle 60 is connected to an end cap 62 which surrounds and is affixed to one end of rear basket support rod 32. A similar buckle is coupled between the opposite side 56 of the side support strap 54 and an end cap 64 (of FIGS. 1 and 2) which surrounds and is affixed to one end of the front basket support rod 26. Therefore, the side support strap 54 which holds up a side 56 of basket 3 is coupled at opposite ends thereof to the end caps 62 and 64 at respective ends of the front and rear basket support rods 26 and 32 at the front and rear of the wagon 1.

As was explained earlier, the folding wagon 1 has pairs of front and rear wheels 40 and 44 that are held in front of and behind the basket 3 to improve the stability of the wagon. In particular, and turning now to FIGS. 6-8 of the drawings, the pair of rear wheels 44 is shown being coupled to the rear wheel support track 42 that is spaced behind the basket 3. Each of the rear wheels 44 of the wagon 1 is coupled to one end of the rear wheel support track 42 by means of a collar 66 and 68. The collars 66 and 68 surround the rear wheel support track so as to be slidable therealong towards and away from one another. Thus, the distance between the pair of rear wheels 44 can be reduced by sliding the opposing collars 66

6

and 68 towards one another in the direction of the arrows 70 shown in FIG. 6. The pair of rotating front wheels 40 are stationary and do not slide towards one another, such that the distance therebetween remains constant.

After the collars 66 and 68 have been pushed towards one another along the rear wheel support track 42 so that the rear wheels 44 lie side-by-side one another as shown in FIG. 8, the rear wheels 44 will be positioned to conveniently fit between the pair of front wheels 40 which remain spaced from one another when the folding wagon 1 has been folded to its compact closed configuration (best shown in FIGS. 11 and 12). This is an important advantage by which the pairs of front and rear wheels 40 and 44 will be axially aligned to enable the folding wagon 1 to be completely folded up so as to be ideal for storage and/or transport when not in use.

One of the collars 66 has a locking sleeve 72 (best shown in FIG. 6) that extends therefrom and is slidable therewith along the rear wheel support track 42 towards the opposing collar 68. A locking receptacle 74 is formed in the opposing collar 68 within which to removably receive the sleeve 72, whereby the collars 66 and 68 will be mated to one another so that the pairs of wheels 40 and 44 are correspondingly held in axial alignment and side-by-side one another when the wagon is folded.

Returning to FIGS. 1-3A of the drawings, details of the frame of the folding wagon 1 are now described. Each side of the frame which lies outside a respective one of the sides 56 of the basket 3 includes identical first and second pairs of side support arms. A first pair of side support arms 75 and 76 are pivotally connected to one another by means of a pivot coupling 78, or the like, which extends through first ends of the support arms and the top of the adjacent side 56 of the basket 3, whereby the arms 75 and 76 are opened to make an angle of approximately 90°. The opposite end of the side support arm 75 is pivotally coupled by a pivot coupling 80, or the like, to a common joint with one of the front vertical support bars 12, one end of the front wheel support track 38, and the front end 24 of the basket support rack 10. The opposite end of the side support arm 76 is pivotally coupled by a pivot coupling 82, or the like, to a common joint (best shown in the detail of FIG. 3A) with one of the rear vertical support bars 14, one end of the rear wheel support track 42, and the rear end 30 of the basket support rack 10.

A second pair of side support arms 84 and 85 are pivotally connected to one another by means of a pivot coupling 86, or the like, which extends through first ends of the support arms for receipt by one end of a horizontal cross bar 88 (best shown in FIG. 10) that lies below and supports the basket support rack 10, whereby the arms 84 and 85 are opened to make an angle of approximately 90°. The opposite end of the side support arm 84 is connected to the end cap 64 at one end of the front basket support rod 26. The opposite end of the side support arm 85 is connected to the end cap 62 at one end of the rear basket support rod 32 (best shown in FIG. 3).

The midpoints of the side support arms 84 and 75 which cross over one another are coupled together by a pivot pin 89. The midpoints of the side support arms 76 and 85 which also cross over one another are coupled together by a pivot pin 90.

Referring now to FIGS. 9 and 10 of the drawings, a pull strap 92 is shown looped around a pair of horizontal cross rails 94 and 95 that run in spaced parallel alignment across the basket support rack 10 which lies below and supports the basket 3. The pull strap 92 extends from the cross rails 94 and 95 upwardly through a slit 93 formed in the bottom of the basket 3 (best shown in FIG. 3) so as to be accessible to a user. The cross rails 94 and 95 are connected at opposite ends thereof to respective pairs of side rails (only one side rail 96

US 9,145,154 B1

7

and 97 from each pair thereof being shown in FIG. 10) of the basket support rack 10. The basket support rack 10 includes first and second halves that are pivotally coupled together by means of intermediate pivot couplings (only one of which 98 being shown) located between axially-aligned pairs of side rails 96 and 97 at each side of the rack 10.

It may be appreciated that an upward pulling force applied by the user to the pull strap 92 in the direction of the reference arrow 93 shown in FIG. 9 will apply a corresponding upward pulling force to the first and second halves as well as to the pair of cross rails 94 and 95 of the basket support rack 3 to which the strap 92 is tied. Therefore, each of the pairs of side rails 96 and 97, between which the cross rails 94 and 95 are connected, will be lifted upwardly and off the horizontal cross bar 88. The first and second halves of the basket support rack 10 rotate at the pivot coupling 98 downwardly and towards one another from an initial horizontal position where the side rails 96 and 97 lie end-to-end to an uplifted vertical position where the side rails lie face-to-face. The uplifting and rotation of the first and second halves of the basket support rack 10 at the coupling 98 at each side of rack 10 causes the front and rear of the folding wagon 1 to be pulled towards one another in the direction of the arrows 99 of FIG. 9.

More particularly, the initially-open pairs of side support arms 75, 76 and 84, 85 at each side of the wagon 1 will rotate at their respective pivot couplings 78 and 86, whereby the side support arms 75 and 76 are lifted upwardly and moved together and the side support arms 84 and 85 are pulled downwardly and moved together. In this case, the pairs of side support arms 75, 76 and 84, 85 move relative to one another from an initial open angular position to a collapsed position at which to lie side-by-side one another. As earlier explained, the side support arms 84 and 85 are connected to the front and rear basket support rods 26 and 32 around which the front and rear ends (22 and 23 of FIGS. 1 and 2) of the basket 3 are folded, and the side support arms 75, 76 are connected to the front and rear ends (24 and 30 of FIGS. 1-3) of the basket rack 10. Therefore, the movement of the side support arms 75, 76, 84 and 85 to the collapsed position in response to the upward pulling force applied to pull strap 92 causes the basket support rack 10 to be correspondingly lifted off the horizontal cross bar 88 so that the first and second halves of rack 10 are folded downwardly around each pivot coupling 98, whereby the side rails 96 and 97 are correspondingly rotated to their vertical position to lie face-to-face at the same time that the frame of the folding basket 1 is rotated at pivot couplings 78, 80, 82, 86, 89 and 90 (of FIGS. 1-3). Accordingly, the wagon 1 is folded from its expanded open configuration of FIGS. 1-3 to its compact closed configuration. By virtue of the aforementioned pivot couplings, the wagon is relatively easily folded without binding or sticking so as to avoid a problem that is commonly encountered by conventional folding wagons.

FIGS. 11 and 12 of the drawings show the folding wagon 1 after being folded to the compact closed configuration when the wagon is not being used. In the folded configuration, the pairs of side support arms 75, 76 and 84, 85 at each side of the wagon 1 are rotated to their collapsed position so as to be generally vertical and lie side-by-side one another. The pairs of front and rear vertical support bars 12 and 14 are pulled towards one another so that the fabric basket 3 is compressed therebetween. That is, the fabric basket 3 will be compressed from an outstretched shape when the folding wagon 1 is in its open configuration shown in FIGS. 1 and 2 to a collapsed shape when the wagon is folded to its closed configuration shown in FIGS. 11 and 12. As previously described while referring to FIGS. 6-8, the pair of rear wheels 44 are moved

8

together so as to lie inside the pair of spaced front wheels 40, whereby all of the wheels 40 and 44 are arranged side-by-side and in axial alignment when the folding wagon 1 has been folded.

A first loop-shaped grip 100 is attached (e.g., sewn) to the front end 22 of the basket 3. A second loop-shaped grip 102 is attached to the rear end 23 of the basket. A grip tie 104 can be wrapped around the grips 100 and 102 and fastened together by means of hook and loop fastener material, whereby the grips 100 and 102 cooperate to provide a means by which to lift and/or pull the wagon in its compact closed configuration. A locking finger 106 (best shown in FIG. 12) is pivotally connected to the rear basket support rod (32 in FIG. 3) at the rear end 23 of the basket 3. The locking finger 106 is adapted to be rotated towards the front end 22 of the basket 3 so that a locking cavity thereof (designated 108 in FIG. 8) can be moved into detachable locking engagement with the front basket support rod (26 of FIG. 1), whereby the folded wagon 1 can be maintained in its compact closed configuration of FIGS. 11 and 12.

FIG. 11 shows the wagon handle 50 rotated downwardly so as to be held in removable receipt by the lower handle retention clip 46 that is mounted on the front wheel support track 38. In this case, the handle 50 and the axially-aligned front and rear wheels 40 and 44 are spaced apart and cooperate to form a stand for holding the folded wagon upright. In the alternative, the folded wagon can be pulled at the grips 100 and 102 and rolled along a surface.

FIGS. 13 and 14 of the drawings show the folding wagon 1 of FIGS. 1 and 2 having a first optional storage rack 110 mounted at one side thereof. The storage rack 110 includes a pair of tubular legs 112 and 114. First ends of the legs 112 and 114 are attached to the wagon 1 at the same pivotal coupling 78 by which the side support arms 75 and 76 (of FIG. 9) are attached to the side 56 of the basket 3. The opposite ends of the legs 112 and 114 are bent to create hooks 116 and 118 that turn towards one another. As is best shown in the example of FIG. 14, a wide and long object, such as a surfboard or the like, can be placed within the hooks 116 and 118 so as to be conveniently carried by the storage rack 110 without reducing the storage capacity of the basket 3.

FIGS. 15 and 16 of the drawings show the folding wagon 1 of FIGS. 1 and 2 having another optional storage rack 120 mounted at one side thereof. First and second hollow tubes 122 and 124 of storage rack 120 are located between connecting rods 126 and 128 and "S"-shaped carrying hooks 130 and 132. The connecting rods 126 and 128 and the carrying hooks 130 and 132 are slidably and telescopically received and locked within opposite ends of the hollow tubes 122 and 124 to correspondingly adjust the size of the storage rack 120 depending upon the article to be carried thereby. The connecting rods 126 and 128 which project from hollow tubes 122 and 124 may be pivotally coupled to the same pivot pins 89 and 90 used to interconnect the pairs of side support arms 75, 84 and 76, 85 as was described while referring to FIGS. 1-3. Therefore, the connecting rods 126 and 128 are rotatable around pivot pins 89 and 90 from an upstanding position shown in FIG. 15 to a down-turned position shown in FIG. 16. In the example shown in FIG. 15, the carrying hooks 130 and 132 of the storage rack 120 are spaced in opposite facing, parallel alignment so as to be ideally suited for carrying long, thin objects such as a fishing rod or the like.

The invention claimed is:

1. A folding wagon having a front and a rear and comprising:

a basket within which to carry articles;

US 9,145,154 B1

9

a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said basket is outstretched and a compact closed configuration at which said basket is collapsed;

a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another; and

a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another;

the wheels of a first of said pairs of front and rear wheels being moved towards one another while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another; and

a handle having a handle grip at one end thereof and being pivotally connected to said collapsible frame, said handle being rotated between a first position extending upwardly from said collapsible frame at which to receive a pulling force at said handle grip for pulling said folding wagon and a second position extending downwardly from said collapsible frame to the ground, said axially-aligned pairs of front and rear wheels and the handle grip of said handle being located relative to one another on the ground to form a stand said wagon in an upright position when said wagon is folded to said compact closed configuration and said handle is rotated to said second position.

2. The folding wagon recited in claim 1, further comprising an upper handle retention clip located at the front of said folding wagon to which said handle is detachably connected to hold said handle in said first position, and a lower handle retention clip located at the front of said folding wagon below said upper handle retention clip to which said handle is detachably connected to hold said handle in said second position.

3. A folding wagon having a front and a rear and comprising:

a basket within which to carry articles;

a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said basket is outstretched and a compact closed configuration at which said basket is collapsed;

a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another;

a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another; and

a wheel support track located at one of the front or the rear of said folding wagon,

the wheels of a first of said pairs of front and rear wheels being coupled to and moved together along said wheel support track while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another.

4. The folding wagon recited in claim 3, wherein said pairs of front and rear wheels are spaced outwardly from respective ones of the front and rear of said folding wagon so as to lie ahead of and behind said basket.

10

5. The folding wagon recited in claim 3, further comprising first and second collars surrounding and sliding along said wheel support track, the wheels of the first of said pairs of front and rear wheels connected to respective ones of said first and second collars so as to move therewith towards and away from one another.

6. The folding wagon recited in claim 5, wherein one of said first and second collars has a locking sleeve extending therefrom and the other one of said collars has a locking receptacle, said locking sleeve being received within said locking receptacle when said first and second collars slide along said wheel support track towards one another, whereby the wheels of the first of said pairs of front and rear wheels are correspondingly moved side-by-side one another.

7. The folding wagon recited in claim 3, further comprising a first pair of hollow support bars located at the front of said folding wagon, a second pair of hollow support bars located at the rear of said folding wagon, telescopic extensions slidably received by respective ones of said first and second pairs of hollow support bars, a canopy retention plug located at the top of each telescopic extension, a canopy spaced above said basket, and means to detachably connect the canopy retention plug of each telescopic extension to said canopy.

8. The folding wagon recited in claim 7, wherein the canopy spaced above said basket has four corners, said means to detachably connect the canopy retention plug of each telescopic extension to said canopy including a locking lip extending diagonally across each one of the four corners of said canopy, each telescopic extension sliding in a first direction through a respective hollow support bar of the first and second pairs of hollow support bars towards said canopy so that the canopy retention plug at the top of said telescopic extension is seated upon said locking lip to prevent said telescopic extension from sliding in an opposite direction.

9. The folding wagon recited in claim 7, wherein said basket has a top, a bottom, a front end located at the front of said folding wagon, a rear end located at the rear of said folding wagon, and a pair of sides running between said front and rear ends, said folding wagon further comprising a front basket support rod extending between the first pair of hollow support bars at the front of said folding wagon and being attached to the front end of said basket at the top thereof, and a rear basket support rod extending between the second pair of hollow support bars at the rear of said wagon and being attached to the rear end of said basket at the top thereof.

10. The folding wagon recited in claim 9, further comprising a handle pivotally connected to the front of said folding wagon at said front basket support rod, said handle being rotatable between a first position extending vertically upwardly from the top of said basket and a second position extending vertically downward from the top of said basket.

11. The folding wagon recited in claim 10, further comprising an upper handle retention clip located at the front of said folding wagon above the top of said basket to which said handle is detachably connected to hold said handle in said first position, and a lower handle retention clip located at the front of said folding wagon below the top of said basket to which said handle is detachably connected to hold said handle in said second position.

12. The folding wagon recited in claim 11, wherein said axially-aligned pairs of front and rear wheels and said handle are located relative to one another to form a stand for supporting said wagon in an upright position when said wagon is folded to said compact closed configuration and said handle is rotated to said second position and detachably connected to said lower handle retention clip.

US 9,145,154 B1

**11**

13. The folding wagon recited in claim 9, further comprising a locking finger coupled to the rear basket support rod that is attached to the rear end of basket, said locking finger being detachably connected between said rear basket support rod and the front basket support rod that is attached to the front end of said basket when said folding wagon is folded to the compact closed configuration, whereby to retain said folding wagon in said compact closed configuration.

14. The folding wagon recited in claim 9, further comprising a first side support strap extending between one hollow support bar of said first pair of hollow support bars and one hollow support bar of said second pair of hollow support bars, one of the pair of sides of said basket attached to said first side support strap, and a second side support strap extending between the other hollow support bar of said first pair of hollow support bars and the other hollow support bar of said second pair of hollow support bars, the other one of the pair of sides of said basket attached to said second side support strap.

15. The folding wagon recited in claim 9, further comprising at least one cup holder attached to one of the front end or the rear end of said basket.

16. The folding wagon recited in claim 3, wherein said collapsible frame includes a basket support rack lying below and supporting said basket, said basket support rack having first and second halves that are pivotally coupled to one another and rotatable between a horizontal position at which said first and second halves lie end-to-end when said wagon is in the expanded open configuration and said basket is outstretched and a vertical position at which said first and second halves lie face-to-face when said wagon is in the compact closed configuration and said basket is collapsed.

17. The folding wagon recited in claim 16, further comprising a pull strap attached to said basket support rack, said pull strap receiving a pulling force to cause the first and second halves of said basket support rack to rotate from said horizontal position to said vertical position.

18. The folding wagon recited in claim 17, wherein said basket has an open top and a closed bottom seated upon said basket support rack, said pull strap extending from said basket support rack through the closed bottom of said basket by way of a slit formed in said closed bottom.

19. A folding wagon having a front and a rear and comprising:

   a basket within which to carry articles;

   a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said

**12**

   basket is outstretched and a compact closed configuration at which said basket is collapsed;

   a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another; and

   a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another,

   the wheels of a first of said pairs of front and rear wheels being movable towards and away from one another, such that the wheels of the first of said pairs of wheels are moved towards one another while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another and wherein when the wagon is folded to said compact closed configuration, an axis of rotation of said pair of front wheels is parallel to an axis of rotation of said pair of rear wheels.

20. The folding wagon recited in claim 19, wherein said pairs of front and rear wheels are spaced outwardly from respective ones of the front and rear of said folding wagon so as to lie ahead of and behind said basket.

21. The folding wagon recited in claim 19, further comprising a wheel support track located at one of the front or the rear of said folding wagon, the wheels of the first of said pairs of front and rear wheels being coupled to and movable along said wheel support track such that said wheels move towards and away from one another.

22. The folding wagon recited in claim 21, further comprising first and second collars surrounding and sliding along said wheel support track, the wheels of the first of said pairs of front and rear wheels connected to respective ones of said first and second collars so as to move therewith towards and away from one another.

23. The folding wagon recited in claim 22, wherein one of said first and second collars has a locking sleeve extending therefrom and the other one of said collars has a locking receptacle, said locking sleeve being received within said locking receptacle when said first and second collars slide along said wheel support track towards one another, whereby the wheels of the first of said pairs of front and rear wheels are correspondingly moved side-by-side one another.

* * * * *

US00D757637S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D757,637 S**

Horowitz    (45) **Date of Patent:**    ** **May 31, 2016**

(54) **TREAD FOR A TIRE**

(71) Applicant: **Brian Horowitz**, Foothill Ranch, CA (US)

(72) Inventor: **Brian Horowitz**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/519,643**

(22) Filed: **Mar. 6, 2015**

(51) LOC (10) Cl. ............................................. **12-15**

(52) U.S. Cl.
USPC ................................................ **D12/544**

(58) **Field of Classification Search**
USPC ............ D12/550, 568, 580, 604, 900
CPC ................. B60C 11/0311; B60C 11/0316
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D219,299 S | * | 11 1971 | Sons, Jr. ............... | D12 544 | |
| 4,480,672 A | * | 11 1984 | Marshall ................ | B60C 11/0311 | |
| | | | | 152/209.12 | |
| D360,862 S | * | 8 1995 | Bonko ................. | D12 544 | |
| D383,426 S | * | 9 1997 | Gaudry ................ | D12 544 | |
| 6,179,027 B1 | * | 1 2001 | Shimizu ............... | B60C 11/0316 | |
| | | | | 152/209.12 | |
| D444,110 S | * | 6 2001 | Umstot ................ | D12 544 | |
| D450,020 S | * | 11 2001 | Iakagi ................. | D12 579 | |
| D595,218 S | * | 6 2009 | Rodicq ................ | D12 544 | |
| D669,020 S | * | 10 2012 | Sloan ................ | D12 536 | |
| D731,401 S | * | 6 2015 | Harris ................ | D12 537 | |
| 2008/0142134 A1 | * | 6 2008 | Tedesco ............ | B60C 11/0316 | |
| | | | | 152/209.12 | |

OTHER PUBLICATIONS

Goodyear I1525 Tire found online [Dec. 9, 2015] http://buybigtires.com/tires/goodyear-it525-i4-211-24-12-ply.*

* cited by examiner

*Primary Examiner* — Robert M Spear
*Assistant Examiner* — John Voytek
(74) *Attorney, Agent, or Firm* — Morland C. Fischer

(57) **CLAIM**
The ornamental design for a tread for a tire, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view showing the tread for a tire which forms my new design;
FIG. 2 is a front elevational view thereof; and,
FIG. 3 is a right side elevational view, this view and the left side elevational view being mirror images.
The broken lines showing other parts of the tire in FIGS. 1 and 3 indicating unclaimed environment and forming no part of the claim.

**1 Claim, 1 Drawing Sheet**





U.S. Patent                    May 31, 2016                    US D757,637 S



FIG. 1

FIG. 2                         FIG. 3

7/3/2019          Amazon.com : Camouflage Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty ...



Roll over image to zoom in

flage Wide Wheel
All Terrain Folding
ible Utility Wagon
ush Bar - Portable
Heavy Duty 265 Lb
y Canvas Fabric Cart
Beach, Garden,
g Events, Picnic

89 customer reviews
ered questions

9.96 & FREE Shipping. Details
EE Returns

ouflage

$139.96    $139.96

$139.96    $139.96

$139.96

- **PROFESSIONAL CAMOUFLAGE MULTIPURPOSE WAGON:** Extra large heavy duty all terrain folding utility wagon with a large load capacity and high weight capacity of 265 lbs. (120 kg). It has a heavy duty tubular steel frame and the cart is made from a durable 600D polyester fabric that is removable for easy cleaning.
- **PUSH OR PULL, 2 ADJUSTABLE HANDLES:** The perfect utility wagon that's ideal for use at the beach, gardening, sporting events, shopping or anytime things need to be moved. Pull or push, wagon is designed with two handles, both a telescopic pull handle and an adjustable angle push handle for your choice of easy maneuvering.
- **4" WIDE RUBBER ALL-TERRAIN WHEELS:** Wagon opens easily and folds into a compact size seconds with one pull of the strap inside the center of the cart. Includes 2 mesh cup holders and a storage pouch. Oversized rubber coated wagon wheels that are 4" wide and 7" in diameter for improved traction and smoother traveling over rough terrain and beach sand.
- **FULL OPEN & CLOSED DIMENSIONS:** Outside dimensions opened: 40" long x 22" wide x 30" high with handles down; Inside cart dimensions opened: 31" long x 18" wide x 11" high; Folded dimensions: 31" long x 22" wide x 10" high. Note: Our Wide Wheel Wagons are available in 6 different

**$139.96**
& FREE Shipping. Details
& FREE Returns

**Want it Monday, July 8?** Choose
**Two-Day Shipping** at checkout.
Details

In Stock.

Qty:   1   ▼

Add to Cart

Buy Now

Sold by TCP Global Corp and
Fulfilled by Amazon.

**Item arrives in packaging that
reveals what's inside.** To hide it,
choose **Ship in Amazon
packaging** at checkout.

prime

Enjoy fast, FREE delivery,
exclusive deals and Award-
Winning movies & TV shows
with Prime

Click here and start saving
today with **Fast, FREE
Delivery**

Deliver to Bella Vista 72714

Add to List

Share

**Other Sellers on Amazon**

New (2) from $139.96 & FREE
shipping. Details

Have one to sell?        Sell on Amazon

EXHIBIT

C

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 29 of 74   Page ID #:256

7/3/2019          Amazon.com : Camouflage Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty ...

colors Blue, Green, Black, Red and
Camouflage.

- 100% SATISFACTION GUARANTEE: Buy with
confidence, if you're not satisfied with this
wagon at anytime within the first year of
purchase, we'll provide a refund or
replacement.

New (2) from $139.96 & FREE shipping. Details



Up to 25% off clearance
Shop now ›

## Frequently bought together



Total price: **$169.95**

Add both to Cart

Add both to List

These items are shipped from and sold by different sellers. Show details

✓ **This item:** Camouflage Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable... $139.96

✓ Sport-Brella Versa-Brella SPF 50+ Adjustable Umbrella with Universal Clamp $29.99

## What other items do customers buy after viewing this item?



BEAU JARDIN Folding Push Wagon Cart Collapsible Utility Camping Grocery Canvas Fabric
Sturdy Portable Rolling Lightweight Beach Sand Buggies Outdoor Garden Sport Picnic Heavy
Duty Shopping Cart Wagon
256
$110.48



Mac Sports Collapsible Outdoor Utility Wagon with Folding Table and Drink Holders, Gray
596
$92.95



Mac Sports Collapsible Folding Outdoor Utility Wagon, Camo
6,175
$74.69

## Customers who viewed this item also viewed



| BEAU JARDIN Folding Push Wagon Cart Collapsible Utility Camping Grocery Canvas Fabric Sturdy... | Pull & Push Collapsible Utility Folding Wagon with All Terrain Wide Tire (Camo/Green) | Pull & Push Collapsible Utility Folding Wagon with All Terrain Wide Tire (Blue/Gray) | Pull & Push Collapsible Utility Folding Wagon with All Terrain Wide Tire (Navy/Red) | Timber Ridge Folding Camping Wagon/Cart - Collapsible Sturdy Steel Frame Garden/Beach... |
|---|---|---|---|---|
| 256 | 13 | 13 | 13 | 192 |
| $110.48 | $119.00 | $125.00 | $125.00 | $129.99 |

## Special offers and product promotions

Color: **Camouflage**

- **Your cost could be $89.96 instead of $139.96!** Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product Description





**PROFESSIONAL CAMOUFLAGE, WIDE WHEEL MULTIPURPOSE WAGON:**

Extra large heavy duty all terrain folding utility wagon with a large load capacity and high weight capacity of 265 lbs. (120 kg). It has a heavy duty tubular steel frame and the cart is made from a durable 600D polyester fabric that is removable for easy cleaning.

**FULLY OPEN & CLOSED DIMENSIONS:** Outside dimensions opened: 40" long x 22" wide x 30" high with handles down; Inside cart dimensions opened: 31" long x 18" wide x 11" high; Folded dimensions: 31" long x 22" wide x 10" high. Note: Our Wide Wheel Wagons are available in 4 additional colors Blue, Green, Black, Red

**SAFETY WARNINGS:** This is a utility wagon, not a toy. Wagon is designed for storing and transportation only, and is not intended to be used to carry kids or other passengers. Wagon should only be used with adult supervision. Maximum wagon load capacity is 265 lbs. (120 kg). **Caution:** Personal injury could result if maximum load is exceeded.

   

**FOLDABLE & COMPACT:**

Wagon opens easily and folds into a compact size seconds with one pull of the strap inside the center of the cart.

**FULLY ADJUSTABLE:**

The perfect utility wagon that's ideal for use at the beach, gardening, sporting events, shopping or anytime things need to be moved. Pull or push, wagon is designed with two handles, both a telescopic pull handle and an adjustable angle push handle for your choice of easy maneuvering.

**CONVENIENCE:**

Wagon features 2 mesh holders on the outside for holding cups, cans and bottles, while the inside features a mesh storage pouch for securely storing small items.

**4" WIDE RUBBER ALL-TERRAIN WHEELS:**

Oversized 4" wide and 7" in diameter rubber wagon wheels with all-terrain treads and premium steel bearings for improved traction and smoother traveling over rough terrain and beach sand.

## Product information

Color:**Camouflage**

| | |
|---|---|
| Package Dimensions | 31.5 x 22.5 x 9 inches |
| Item Weight | 31.5 pounds |
| Shipping Weight | 31.5 pounds (View shipping rates and policies) |
| Manufacturer | TCP Global |
| ASIN | B07JRC3J7X |
| Customer Reviews | 89 customer reviews<br>3.9 out of 5 stars |

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

## Product and related videos (0)  Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item

     

| | | | | | |
|---|---|---|---|---|---|
| Mac Sports Collapsible Folding Outdoor Utility Wagon (Wagon with Side Table (Utilit... | Gophis Collapsible Folding Wagon Cart, Utility Garden Cart Collapsible Outdoor 1mL... | BXL Heavy Duty Collapsible Folding Garden Cart Utility Wagon for Shopping Outdoors ... | Wonder Wheeler Beach Cart   Ultra Wide Wheels with Removable Tote Bag | Victoria Young Collapsible Outdoor Utility Wagon Folding Cart All-Terrain Wheels Tr... | Waterwh Beach Po Water, S + CHALL |
| 290 | 24 | 33 | 90 | 1 | |
| $127.94 | $92.99 | $129.95 | $94.95 | $130.00 | $2,295.0 |

Ad feedback

 PillPack    Your medication, delivered          Learn more ›



GOODTHREADS
Crafted with care.
From $25
Shop now

Ad feedback

**Customer Questions & Answers**

See questions and answers

**89 customer reviews**

3.9 out of 5 stars

| | |
|---|---|
| 5 star | 54% |
| 4 star | 20% |
| 3 star | 7% |
| 2 star | 2% |
| 1 star | 17% |

**Customer images**



See all customer images

**By feature**

| | |
|---|---|
| Easy to assemble | 4.7 |
| Sturdiness | 4.2 |
| Durability | 3.9 |

See more

**Read reviews that mention**

heavy duty    front wheels    much better    push or pull

bring in groceries    love this wagon    large wheels    wagon i have ever

push handle    great wagon    beach    wheel    carry    durable

Showing 1-8 of 89 reviews

Top Reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

Brady

**"This product can expose you to chemicals including lead"**

November 13, 2018

7/3/2019        Amazon.com : Camouflage Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty ...



GOODTHREADS

Crafted with care.
From $25
›Shop now

Ad feedback

Color: Black     Verified Purchase

Lead exposure warning. This was new news to me upon receiving this giant box in the mail today. It would have saved a lot of time, $$$ and energy if this was stated ANYWHERE in the description. Sending it back first thing tomorrow.

89 people found this helpful

Helpful        Comment     Report abuse

Elaine Reynolds

**Wheels break off**
May 5, 2019
Color: Black     Verified Purchase

I paid top dollar for this wagon hoping it would last longer than 4 baseball games! What a disappointment! It arrived assembled so that was great and I loved the hard rubber tires and the size of the basket. It seemed perfect and I wish it would've worked out! I also liked that I could push or pull this wagon. However, when I pushed it (with snacks and my 4 yr old son in it that equaled no more than 40 pounds)....the two front wheels rolled under and the metal bent and broke off completely. Unfortunately, I'm past my return date so that stinks but wanted to go ahead and warn others. DO NOT BUY!

21 people found this helpful

Helpful        Comment     Report abuse

Mamboslave1

**LEFT REAR WHEEL OFF LINE**
March 10, 2019
Color: Red     Verified Purchase

When I 1st used recently there was no problem. It was great. So, when I opened it again the left rear wheel was almost in the middle of the structure. The wagon was lopsided. I had to walk 4miles with a bunch of personal things to my new apt. It was very difficult walking with a heavy lopsided wagon. Had no way of fixing it. Tried to push it all the way bk to the extreme left. To no avail. Someone PLEASE ADVISE/RESOLVE ASAP. I need the wagon to move. It's brand new TY.

16 people found this helpful

Helpful        Comment     Report abuse

alchemist

**The Best and easiest set of rollers to use.**
February 2, 2019
Color: Blue     Verified Purchase     Early Reviewer Rewards (What's this?)

I broke my leg and have not been able to complete moving to a new house until I purchased this wonderful wagon.
I have hauled boxes into rooms to be unpacked and stored.
I have hauled wood for my fireplace that I was unable to carry.
I have even hauled my dog in it...fun that is!
The wheels allow me to pull easily and then if I want to push the handle bar is just the cats meow.
Balanced and sturdy, sure am happy I have this wagon...my life is so much easier. Looks better in my house than a wheel barrel.

13 people found this helpful

Case 8:19-cv-00516-JLS-DFM  Document 29  Filed 08/30/19  Page 34 of 74  Page ID #:261

7/3/2019      Amazon.com : Camouflage Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty …

Helpful      Comment     Report abuse

J.R.

**Should be a great range cart**

February 27, 2019

Color: Red    Verified Purchase

Had to laugh a bit about the Cali Prop 65 Lead warning, think everything gets that sticker, not that I don't take lead levels seriously I do, and this being my range cart for action pistol matches should hold plenty of gear and made a shelf that will hang on the push handle to give me a 11x25" workspace for loading magazines etc.
And the 4" wide tires should be good for the crushed gravel ranges and any home projects.

14 people found this helpful

Helpful      Comment     Report abuse

Irvinfitz

**Great product, just be careful!**

March 14, 2019

Color: Blue    Verified Purchase

The cart is great and I love that it folds. The canvas liner is durable. Just be careful not to set anything heavy in the cart too fast. The bar along the rear wheels will break the weld and sag like mine. I think if they weld along the entire bar across the back it will make it more durable.

14 people found this helpful

Helpful      Comment     Report abuse

Lynne

**Wide Wheel Beach Cart**

February 8, 2019

Color: Blue    Verified Purchase

It is easy to unfold and easy to fold back up, and that is important to me because I'm 68 and will not have help when using it. It also is not too heavy for me to lift into the back of my vehicle. The wheels are large and will be so much better in the sand than smaller ones. It is sturdy and large. I am very pleased with the quality and value. It did, unfortunately, come with one small piece broken where the handle snaps in to hold it upright. I had a phone #, and they were very helpful. I had the option to send the cart back for replacement or take a $10 refund and buy a wall snap for a broom, which should work fine. I chose the refund. I especially like the fact that I can either push or pull the cart.

12 people found this helpful

Helpful      Comment     Report abuse

Courtney Moore

**Some issues, but will update after longer use**

January 31, 2019

Color: Blue    Verified Purchase

Out of the box, the little plastic clip that holds the telescopic handle upright was broken. I have fixed that with a magnet, which is much better and won't break.

Other issue required a trip to the Depot to get some screws and lock nuts as two lock nuts were completely missing from the stroller handle bracket. That being said, I'm pretty handy, so fixing these issues don't bother me, but I will update the review after a summer of hauling around my gear over gravel terrain. I do like the tires versus others I've seen.

8 people found this helpful

Helpful      Comment     Report abuse

See all 89 reviews

7/3/2019     Amazon.com : Camouflage Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty ...

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

This item: Camouflage Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb Capacity Canvas Fabric Cart Buggy - Beach, Garden, Sporting Events, Picnic

Set up a giveaway

## Exclusive items from our brands



Portzen Badminton Racquets
30
$18.99 - $19.40

AmazonBasics Baseball Softball Hitting Pitching Batting Practice Net With Stand - 96 x 42 x 86....
57
$64.99

AmazonBasics Ultra Toilet Paper, 300 Sheets per Roll, 24 Rolls, 2-Ply
37
$22.25

AmazonBasics Quick-Dry Bath Towels - 100% Cotton, 2-Pack, Platinum
1,494
#1 Best Seller in Bath Towels
$18.99

AmazonBasics 3-Basket Hanging Adjustable Shower Caddy Organizer, White
90
$11.70



Did you know Amazon now accepts FSA cards?     Learn more ›

Back to top

Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Tour an Amazon Fulfillment Center

Make Money with Us
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Listen to Books & Original<br>Audio Performances | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items |
| Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing |
| Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Neighbors App<br>Real-Time Crime & Safety Alerts | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads © 1996-2019, Amazon.com, Inc. or its affiliates

7/3/2019          Amazon.com : Green Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 L...

Prime Day deals on July 15 & 16

Try Prime          Garden & Outdoor ▾   B07JQMF71V

Bella Vista 72714      Today's Deals   AmazonBasics   Coupons          Hello, Sign in               0
                                                                        Account & Lists ▾   Orders   Try Prime   Cart

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

                          Kitchen & Bath renovation      Shop the Summer Renovation Event ▸

‹ Back to results



Roll over image to zoom in

Wide Wheel Wagon All
 Folding Collapsible
Wagon with Push Bar
ble Rolling Heavy
55 Lb Capacity Canvas
Cart Buggy - Beach,
, Sporting Events,
icnic

        89 customer reviews
red questions

9.96 & FREE Shipping
n

$139.96        $139.96
$139.96    **$139.96**
$139.96

**$139.96**

& FREE Shipping

**Get it as soon as July 8 – 11** when
you choose Expedited Shipping at
checkout.

Only 3 left in stock - order
soon.

Qty:  1  ▾

$139.96 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by TCP Global
Corp.

Deliver to Bella Vista 72714

 Add to List

 Share

Have one to sell?        Sell on Amazon

- PROFESSIONAL GREEN MULTIPURPOSE
  WAGON: Extra large heavy duty all terrain
  folding utility wagon with a large load
  capacity and high weight capacity of 265
  lbs. (120 kg). It has a heavy duty tubular
  steel frame and the cart is made from a
  durable 600D polyester fabric that is
  removable for easy cleaning.
- PUSH OR PULL, 2 ADJUSTABLE HANDLES:
  The perfect utility wagon that's ideal for use
  at the beach, gardening, sporting events,
  shopping or anytime things need to be
  moved. Pull or push, wagon is designed
  with two handles, both a telescopic pull
  handle and an adjustable angle push handle
  for your choice of easy maneuvering.
- 4" WIDE RUBBER ALL-TERRAIN WHEELS:
  Wagon opens easily and folds into a
  compact size seconds with one pull of the
  strap inside the center of the cart. Includes
  2 mesh cup holders and a storage pouch.
  Oversized rubber coated wagon wheels that
  are 4" wide and 7" in diameter for improved
  traction and smoother traveling over rough
  terrain and beach sand.
- FULL OPEN & CLOSED DIMENSIONS:
  Outside dimensions opened: 40" long x 22"
  wide x 30" high with handles down; Inside
  cart dimensions opened: 31" long x 18"
  wide x 11" high; Folded dimensions: 31"
  long x 22" wide x 10" high. Note: Our Wide
  Wheel Wagons are available in 6 different
  colors Blue, Green, Black, Red and
  Camouflage.

7/3/2019     Amazon.com : Green Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 L…

- 100% SATISFACTION GUARANTEE: Buy with confidence, if you're not satisfied with this wagon at anytime within the first year of purchase, we'll provide a refund or replacement.

**New** (1) from $139.96 & FREE shipping.

 Up to 25% off clearance
Shop now ›

## What other items do customers buy after viewing this item?

 BLAU JARDIN Folding Push Wagon Cart Collapsible Utility Camping Grocery Canvas Fabric Sturdy Portable Rolling Lightweight Beach Sand Buggies Outdoor Garden Sport Picnic Heavy Duty Shopping Cart Wagon
256
$110.48

 Mac Sports Heavy Duty Collapsible Folding All Terrain Utility Beach Wagon Cart, Blue/Black
1,080
$111.06

 Mac Sports Collapsible Folding Outdoor Utility Wagon, Black
6,175
$84.29

## Customers who viewed this item also viewed

    

Pull & Push Collapsible Utility Folding Wagon with All Terrain Wide Tire (Blue/Gray)
13
$125.00

Timber Ridge Folding Camping Wagon/Cart - Collapsible Sturdy Steel Frame Garden/Beach...
192
$129.99

Pull & Push Collapsible Utility Folding Wagon with All Terrain Wide Tire (Navy/Red)
13
$125.00

Pull & Push Collapsible Utility Folding Wagon with All Terrain Wide Tire (Camo/Green)
13
$119.00

BLAU JARDIN Folding Push Wagon Cart Collapsible Utility Camping Grocery Canvas Fabric Sturdy...
256
$110.48

## Exclusive items from our brands

   

AmazonBasics Tie Out Cable for Dogs
448
$7.14

Kruz PET No Tangle Dog Bungee Leash Coupler
54
$20.99

AmazonBasics 50% Recycled Color Printer Paper - Blue, 8.5 x 11 Inches, 1 Ream (500...
164
$12.49

AmazonBasics Jumbo Size Office Paper Clips, Smooth, 100 per Box, 10-Pack
264
$7.48

AmazonBasics Multipurpose Copy Printer Paper - White, 8.5 x 11 Inches, 1 Ream (500...
336
$8.99

## Special offers and product promotions

Color: **Green**

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new Discover it® card within 3 months. Terms and conditions apply. See offer for details. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product Description





**PROFESSIONAL GREEN, WIDE WHEEL MULTIPURPOSE WAGON:**

Extra large heavy duty all terrain folding utility wagon with a large load capacity and high weight capacity of 265 lbs. (120 kg). It has a heavy duty tubular steel frame and the cart is made from a durable 600D polyester fabric that is removable for easy cleaning.

**FULLY OPEN & CLOSED DIMENSIONS:** Outside dimensions opened: 40" long x 22" wide x 30" high with handles down; Inside cart dimensions opened: 31" long x 18" wide x 11" high; Folded dimensions: 31" long x 22" wide x 10" high. Note: Our Wide Wheel Wagons are available in 5 different colors Blue, Green, Black, Red and Camouflage.

**SAFETY WARNINGS:** This is a utility wagon, not a toy. Wagon is designed for storing and transportation only, and is not intended to be used to carry kids or other passengers. Wagon should only be used with adult supervision. Maximum wagon load capacity is 265 lbs. (120 kg). **Caution:** Personal injury could result if maximum load is exceeded.

   

**FOLDABLE & COMPACT:**

Wagon opens easily and folds into a compact size seconds with one pull of the strap inside the center of the cart.

**FULLY ADJUSTABLE:**

The perfect utility wagon that's ideal for use at the beach, gardening, sporting events, shopping or anytime things need to be moved. Pull or push, wagon is designed with two handles, both a telescopic pull handle and an adjustable angle push handle for your choice of easy maneuvering.

**CONVENIENCE:**

Wagon features 2 mesh holders on the outside for holding cups, cans and bottles, while the inside features a mesh storage pouch for securely storing small items.

**4" WIDE RUBBER ALL-TERRAIN WHEELS:**

Oversized 4" wide and 7" in diameter rubber wagon wheels with all-terrain treads and premium steel bearings for improved traction and smoother traveling over rough terrain and beach sand.

## Product information

Color:**Green**

| | |
|---|---|
| Package Dimensions | 31.8 x 22 x 8.2 inches |
| Item Weight | 31 pounds |
| Shipping Weight | 31 pounds (View shipping rates and policies) |
| Manufacturer | TCP Global |
| ASIN | B07JQMF71V |
| Customer Reviews | 89 customer reviews
3.9 out of 5 stars |

**Feedback**

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

## Product and related videos (0)  Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item

     

Mac Sports Collapsible Folding Outdoor Utility Wagon with Side Table Blue

290

$110.13

Goplus Collapsible Folding Wagon Cart, Utility Garden Cart Collapsible Outdoor Trol…

24

$92.99

Wonder Wheeler Beach Cart - Ultra Wide Wheels with Removable Tote Bag

90

$94.95

Victoria Young Collapsible Outdoor Utility Wagon Folding Cart All-Terrain Wheels Tr…

1

$130.00

Kinbor Garden Cart, Heavy-Duty Collapsible Utility Wagon Wheelbarrow w/Handle, 650 …

$79.99

Waterwh
Beach Po
Water, S
+ CHALL

$2,295.0

Ad feedback

 PillPack    Your medication, delivered        ✔        Learn more ›

Ad feedback

## Customer Questions & Answers

See questions and answers

## 89 customer reviews

3.9 out of 5 stars

| | |
|---|---|
| 5 star | 54% |
| 4 star | 20% |
| 3 star | 7% |
| 2 star | 2% |
| 1 star | 17% |

### By feature

| | |
|---|---|
| Easy to assemble | 4.7 |
| Sturdiness | 4.2 |
| Durability | 3.9 |

See more

### Review this product

Share your thoughts with other customers

Write a customer review

### Customer images



See all customer images

### Read reviews that mention

| heavy duty | front wheels | much better | push or pull |
|---|---|---|---|

| bring in groceries | love this wagon | large wheels | wagon i have ever |
|---|---|---|---|

| push handle | great wagon | beach | wheel | carry | durable |
|---|---|---|---|---|---|

Showing 1-8 of 89 reviews

Top Reviews

Brady

**"This product can expose you to chemicals including lead"**
November 13, 2018

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 42 of 74   Page ID #:269

7/3/2019          Amazon.com : Green Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 L....

Color: Black    Verified Purchase

Lead exposure warning. This was new news to me upon receiving this giant box in the mail today. It would have saved a lot of time, $$$ and energy if this was stated ANYWHERE in the description. Sending it back first thing tomorrow.

123

Shop now

Ad feedback

89 people found this helpful

Helpful          Comment     Report abuse

Elaine Reynolds

**Wheels break off**

May 5, 2019

Color: Black    Verified Purchase

I paid top dollar for this wagon hoping it would last longer than 4 baseball games! What a disappointment! It arrived assembled so that was great and I loved the hard rubber tires and the size of the basket. It seemed perfect and I wish it would've worked out! I also liked that I could push or pull this wagon. However, when I pushed it (with snacks and my 4 yr old son in it that equaled no more than 40 pounds)....the two front wheels rolled under and the metal bent and broke off completely. Unfortunately, I'm past my return date so that stinks but wanted to go ahead and warn others. DO NOT BUY!

21 people found this helpful

Helpful          Comment     Report abuse

Mamboslave1

**LEFT REAR WHEEL OFF LINE** 🕲

March 10, 2019

Color: Red    Verified Purchase

When I 1st used recently there was no problem. It was great. So, when I opened it again the left rear wheel was almost in the middle of the structure. The wagon was lopsided. I had to walk 4miles with a bunch of personal things to my new apt. It was very difficult walking with a heavy lopsided wagon. Had no way of fixing it. Tried to push it all the way bk to the extreme left. To no avail. Someone PLEASE ADVISE/RESOLVE ASAP. I need the wagon to move. It's brand new 🕲 TY.

16 people found this helpful

Helpful          Comment     Report abuse

alchemist

**The Best and easiest set of rollers to use.**

February 2, 2019

Color: Blue    Verified Purchase    Early Reviewer Rewards (What's this?)

I broke my leg and have not been able to complete moving to a new house until I purchased this wonderful wagon.
I have hauled boxes into rooms to be unpacked and stored.
I have hauled wood for my fireplace that I was unable to carry.
I have even hauled my dog in it...fun that is!
The wheels allow me to pull easily and then if I want to push the handle bar is just the cats meow.
Balanced and sturdy, sure am happy I have this wagon...my life is so much easier. Looks better in my house than a wheel barrel.

13 people found this helpful

Helpful        Comment     Report abuse

J.R.

**Should be a great range cart**

February 27, 2019

Color: Red    Verified Purchase

Had to laugh a bit about the Cali Prop 65 Lead warning, think everything gets that sticker, not that I don't take lead levels seriously I do, and this being my range cart for action pistol matches should hold plenty of gear and made a shelf that will hang on the push handle to give me a 11x25" workspace for loading magazines etc.

And the 4" wide tires should be good for the crushed gravel ranges and any home projects.

14 people found this helpful

Helpful        Comment     Report abuse

Irvinfitz

**Great product, just be careful!**

March 14, 2019

Color: Blue    Verified Purchase

The cart is great and I love that it folds. The canvas liner is durable. Just be careful not to set anything heavy in the cart too fast. The bar along the rear wheels will break the weld and sag like mine. I think if they weld along the entire bar across the back it will make it more durable.

14 people found this helpful

Helpful        Comment     Report abuse

Lynne

**Wide Wheel Beach Cart**

February 8, 2019

Color: Blue    Verified Purchase

It is easy to unfold and easy to fold back up, and that is important to me because I'm 68 and will not have help when using it. It also is not too heavy for me to lift into the back of my vehicle. The wheels are large and will be so much better in the sand than smaller ones. It is sturdy and large. I am very pleased with the quality and value. It did, unfortunately, come with one small piece broken where the handle snaps in to hold it upright. I had a phone #, and they were very helpful. I had the option to send the cart back for replacement or take a $10 refund and buy a wall snap for a broom, which should work fine. I chose the refund. I especially like the fact that I can either push or pull the cart.

12 people found this helpful

Helpful        Comment     Report abuse

Courtney Moore

**Some issues, but will update after longer use**

January 31, 2019

Color: Blue    Verified Purchase

Out of the box, the little plastic clip that holds the telescopic handle upright was broken. I have fixed that with a magnet, which is much better and won't break.

Other issue required a trip to the Depot to get some screws and lock nuts as two lock nuts were completely missing from the stroller handle bracket. That being said, I'm pretty handy, so fixing these issues don't bother me, but I will update the review after a summer of hauling around my gear over gravel terrain. I do like the tires versus others I've seen.

8 people found this helpful

Helpful        Comment     Report abuse

See all 89 reviews

Case 8:19-cv-00516-JLS-DFM Document 29 Filed 08/30/19 Page 44 of 74 Page ID #:271

7/3/2019     Amazon.com : Green Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 L…

Write a customer review

## Sponsored products related to this item













Mac Sports Collapsible Folding Outdoor Utility Wagon (Wagon with Side Table (Utilit ... 290
$127.94

Goplus Collapsible Folding Wagon Cart, Utility Garden Cart Collapsible Outdoor Trol... 24
$92.99

Livebest Utility Wagon Farm and Heavy Duty Cart with Removable Folding Sides, 550 l... 5
$89.99

Kinbor Garden Cart, Heavy Duty Collapsible Utility Wagon Wheelbarrow w/Handle, 650 ...
$79.99

Victoria Young Collapsible Outdoor Utility Wagon Folding Cart All-Terrain Wheels Tr... 1
$130.00

COMPAC WHEEL ( WAGON GARDEN
$99.99
Ad feedback



     TRY PRIME NOW | prime video

Ad feedback

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Tour an Amazon Fulfillment Center

### Make Money with Us
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English     United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Listen to Books & Original
Audio Performances

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring

neighbors Web

Neighbors App
Real-Time Crime & Safety Alerts

Subscribe with Amazon

PillPack
Pharmacy Simplified

Amazon Renewed

Amazon Second Chance

| Smart Home Security Systems | Stream 4K Video in Every Room | Discover & try subscription services | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2019, Amazon.com, Inc. or its affiliates

7/3/2019        Amazon.com : Red Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lbs....



7/3/2019        Amazon.com : Red Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lbs....

colors Blue, Green, Black, Red and
Camouflage.

• **100% SATISFACTION GUARANTEE:** Buy with
confidence, if you're not satisfied with this
wagon at anytime within the first year of
purchase, we'll provide a refund or
replacement.

**New** (2) from $139.96 & FREE shipping. Details

## Frequently bought together



Total price: **$169.95**

Add both to Cart

Add both to List

These items are shipped from and sold by different sellers. Show details

**This item:** Red Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling... $139.96

Sport-Brella Versa-Brella SPF 50+ Adjustable Umbrella with Universal Clamp $29.99

## What other items do customers buy after viewing this item?


BEAU JARDIN Folding Push Wagon Cart Collapsible Utility Camping Grocery Canvas Fabric
Sturdy Portable Rolling Lightweight Beach Sand Buggies Outdoor Garden Sport Picnic Heavy
Duty Shopping Cart Wagon
256
$110.48


Timber Ridge Folding Camping Wagon/Cart - Collapsible Sturdy Steel Frame Garden/Beach
Wagon/Cart Heavy Duty
192
$129.99


Mac Sports Collapsible Outdoor Utility Wagon with Folding Table and Drink Holders, Gray
596
$92.95


Mac Sports Heavy Duty Collapsible Folding All Terrain Utility Wagon Beach Cart with Table -
Blue
196
$142.80

## Sponsored products related to this item



| Sekey Folding Wagon Cart Collapsible Outdoor Utility Wagon Heavy Duty Beach Wagon w... | PATIO GUARDER Folding Collapsible Wagon Cart, All Terrain Utility Wagon, Heavy Duty... | BXL Heavy Duty Collapsible Folding Garden Cart Utility Wagon for Shopping Outdoors ... | Clevr 80 Quart Qt Party Wagon Cooler Rolling Cooler Ice Chest, Red, w/Long Handle a... | Eurmax Sports Collapsible Sturdy Steel Frame Garden Carts on Wheels Utility Beach W... | Goplus C Wagon C Cart Coll Trol... |
|---|---|---|---|---|---|
| 107 | 80 | 33 | 19 | 44 | |
| $99.99 | $115.99 | $129.95 | $152.99 | $108.88 | $92.99 |

Ad feedback

## Special offers and product promotions

Color: **Red**

7/3/2019        Amazon.com : Red Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lbs....

- **Your cost could be $89.96 instead of $139.96**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product Description



Read more

**PROFESSIONAL RED, WIDE WHEEL MULTIPURPOSE WAGON:**

Extra large heavy duty all terrain folding utility wagon with a large load capacity and high weight capacity of 265 lbs. (120 kg). It has a heavy duty tubular steel frame and the cart is made from a durable 600D polyester fabric that is removable for easy cleaning.

**FULLY OPEN & CLOSED DIMENSIONS:** Outside dimensions opened: 40" long x 22" wide x 30" high with handles down; Inside cart dimensions opened: 31" long x 18" wide x 11" high; Folded dimensions: 31" long x 22" wide x 10" high. Note: Our Wide Wheel Wagons are available in 5 different colors Blue, Green, Black, Red and Camouflage.

**SAFETY WARNINGS:** This is a utility wagon, not a toy. Wagon is designed for storing and transportation only, and is not intended to be used to carry kids or other passengers. Wagon should only be used with adult supervision. Maximum wagon load capacity is 265 lbs. (120 kg). **Caution:**

Read more

### FOLDABLE & COMPACT:

Wagon opens easily and folds into a compact size seconds with one pull of the strap inside the center of the cart.

### FULLY ADJUSTABLE:

The perfect utility wagon that's ideal for use at the beach, gardening, sporting events, shopping or anytime things need to be moved. Pull or push, wagon is designed with two handles, both a telescopic pull handle and an adjustable angle push handle for your choice of easy maneuvering.

### CONVENIENCE:

Wagon features 2 mesh holders on the outside for holding cups, cans and bottles, while the inside features a mesh storage pouch for securely storing small items.

### 4" WIDE RUBBER ALL-TERRAIN WHEELS:

Oversized 4" wide and 7" in diameter rubber wagon wheels with all-terrain treads and premium steel bearings for improved traction and smoother traveling over rough terrain and beach sand.

Read more

## Compare with similar items

| **This item** Red Wide Wheel Wagon All Terrain Folding | BEAU JARDIN Folding Push Wagon Cart Collapsible Utility | Mac Sports Heavy Duty Collapsible Folding All Terrain | Timber Ridge Folding Camping Wagon/Cart - Collapsible Sturdy |
|---|---|---|---|

7/3/2019        Amazon.com : Red Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lbs....

| | Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lbs. Capacity Canvas Fabric Cart Buggy - Beach, Garden, Sporting Events, Park, Picnic | Camping Grocery Canvas Fabric Sturdy Portable Rolling Lightweight Beach Sand Buggies Outdoor Garden Sport Picnic Heavy Duty Shopping Cart Wagon | Utility Wagon Beach Cart with Table - Black | Steel Frame Garden/Beach Wagon/Cart Heavy Duty |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (89) | (256) | (134) | (192) |
| Price | $139⁹⁶ | $110⁴⁸ | $166³⁹ | $129⁹⁹ |
| Shipping | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 |
| Sold By | TCP Global Corp | B&G Beautiful Gardener | SupplyKick | NEWMART |
| Color | Red | Blue | Black With Table | Blue-side bag |
| Material Type | | Steel | Steel | polyester fabric/Aluminum Frame |
| Size | — | Second generation | Beach Wagon with Table | 35.5x18.4x39 inches |

## Product information

Color:Red

| | | Feedback |
|---|---|---|
| Package Dimensions | 31.8 x 22.2 x 8.1 inches | If you are a seller for this product, would you like to suggest updates through seller support? |
| Item Weight | 30.8 pounds | Would you like to tell us about a lower price? |
| Shipping Weight | 30.8 pounds (View shipping rates and policies) | |
| Manufacturer | TCP Global | |
| ASIN | B07JQTSYJT | |
| Customer Reviews | 89 customer reviews 3.9 out of 5 stars | |
| Best Sellers Rank | #10,799 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden) #27 in Garden Carts | |

## Product and related videos (0)  Upload your video

**Be the first video**

Your name here

## Sponsored products related to this item

7/3/2019    Amazon.com : Red Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lbs....

   

| Patio Watcher Collapsible Folding Wagon Utility Wagon Cart All Terrain Outdoor Gard... | PATIO GUARDER Folding Collapsible Wagon Cart, All Terrain Utility Wagon, Heavy Duty... | Sekey Folding Wagon Cart Collapsible Outdoor Utility Wagon Heavy Duty Beach Wagon w... | BXL Heavy Duty Collapsible Folding Garden Cart Utility Wagon for Shopping Outdoors... | Goplus Collapsible Folding Wagon Cart, Utility Garden Cart Collapsible Outdoor Trol... | Mac Spo Folding ( Wagon (I Table (UI |
|---|---|---|---|---|---|
| 107 | 30 | 107 | 55 | 25 | |
| $119.49 | $115.99 | $99.99 | $129.95 | $89.99 | $127.94 |
| | | | | | Ad feedback |

## Customer Questions & Answers

See questions and answers

## 89 customer reviews

3.9 out of 5 stars

| | |
|---|---|
| 5 star | 54% |
| 4 star | 20% |
| 3 star | 7% |
| 2 star | 2% |
| 1 star | 17% |

### By feature

| | |
|---|---|
| Easy to assemble | 4.7 |
| Sturdiness | 4.2 |
| Durability | 3.9 |

See more

### Review this product

Share your thoughts with other customers

Write a customer review

### Customer images

See all customer images

### Read reviews that mention

| heavy duty | front wheels | much better | push or pull |
|---|---|---|---|
| bring in groceries | love this wagon | large wheels | wagon i have ever |
| push handle | great wagon | beach | wheel | carry | durable |

### Showing 1-8 of 89 reviews

Top Reviews

Brady

**"This product can expose you to chemicals including lead"**

November 13, 2018

Color: Black  **Verified Purchase**

Lead exposure warning. This was new news to me upon receiving this giant box in the mail today. It would

Read more

89 people found this helpful

Helpful    Comment   Report abuse

Elaine Reynolds

**Wheels break off**

May 3, 2019

Color: Black  **Verified Purchase**

I paid top dollar for this wagon hoping it would last longer than 4 baseball games! What a disappointment! It arrived assembled so that was great and I loved the hard rubber tires and the size of the basket. It seemed perfect and I wish it would've worked out! I also liked that I could push or pull this wagon. However, when I pushed it (with snacks and my my 4 yr old son in it that equaled no more than 40 pounds)....the two front

Read more

21 people found this helpful

Helpful          Comment     Report abuse

Mamboslave1

**LEFT REAR WHEEL OFF LINE**

March 10, 2019

Color: Red    Verified Purchase

When I 1st used recently there was no problem. It was great. So, when I opened it again the left rear wheel was almost in the middle of the structure. The wagon was lopsided. I had to walk 4miles with a bunch of personal things to my new apt. It was very difficult walking with a heavy lopsided wagon. Had no way of

Read more

16 people found this helpful

Helpful          Comment     Report abuse

alchemist

**The Best and easiest set of rollers to use.**

February 2, 2019

Color: Blue    Verified Purchase    Early Reviewer Rewards (What's this?)

I broke my leg and have not been able to complete moving to a new house until I purchased this wonderful wagon.

I have hauled boxes into rooms to be unpacked and stored.

I have hauled wood for my fireplace that I was unable to carry.

I have even hauled my dog in it...fun that is!

The wheels allow me to pull easily and then if I want to push the handle bar is just the cats meow.

Read more

13 people found this helpful

Helpful          Comment     Report abuse

J.R.

**Should be a great range cart**

February 27, 2019

Color: Red    Verified Purchase

Had to laugh a bit about the Cali Prop 65 Lead warning, think everything gets that sticker, not that I don't take lead levels seriously I do, and this being my range cart for action pistol matches should hold plenty of gear and made a shelf that will hang on the push handle to give me a 11x25" workspace for loading

Read more

14 people found this helpful

Helpful          Comment     Report abuse

Irvinfitz

**Great product, just be carefull**

March 14, 2019

Color: Blue    Verified Purchase

The cart is great and I love that it folds. The canvas liner is durable. Just be careful not to set anything heavy

Read more

14 people found this helpful

Helpful        Comment     Report abuse

Lynne

**Wide Wheel Beach Cart**

February 8, 2019

Color: Blue   **Verified Purchase**

It is easy to unfold and easy to fold back up, and that is important to me because I'm 68 and will not have help when using it. It also is not too heavy for me to lift into the back of my vehicle. The wheels are large and will be so much better in the sand than smaller ones. It is sturdy and large. I am very pleased with the quality and value. It did, unfortunately, come with one small piece broken where the handle snaps in to hold it upright. I had a phone #, and they were very helpful. I had the option to send the cart back for

Read more

12 people found this helpful

Helpful        Comment     Report abuse

Courtney Moore

**Some issues, but will update after longer use**

January 31, 2019

Color: Blue   **Verified Purchase**

Out of the box, the little plastic clip that holds the telescopic handle upright was broken. I have fixed that with a magnet, which is much better and won't break.

Other issue required a trip to the Depot to get some screws and lock nuts as two lock nuts were completely missing from the stroller handle bracket. That being said, I'm pretty handy, so fixing these issues don't

Read more

8 people found this helpful

Helpful        Comment     Report abuse

See all 89 reviews

Write a customer review

# Set up an Amazon Giveaway

Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Red Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lbs. Capacity Canvas Fabric Cart Buggy - Beach, Garden, Sporting Events, Park, Picnic

Set up a giveaway

**Customers who viewed this item also viewed**

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 53 of 74   Page ID #:280

7/3/2019        Amazon.com : Red Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lbs....

BEAU JARDIN Folding Push Wagon Cart Collapsible Utility Camping Grocery Canvas Fabric Sturdy
256
$110.48

Timber Ridge Folding Camping Wagon/Cart - Collapsible Sturdy Steel Frame Garden/Beach
192
$129.99

Impact Canopy Folding Utility Wagon, Collapsible All-Terrain Beach Wagon, Extra Large, Royal Blue
25
$134.99

Mac Sports Heavy Duty Collapsible Folding All Terrain Utility Wagon Beach Cart with Table
134
$166.39

Pull & Push Collapsible Utility Folding Wagon with All Terrain Wide Tire (Blue/Gray)
13
$125.00

Sekey Folding Wagon Cart Collapsible Outdoor Utility Wagon Heavy Duty Beach Wagon with All-Terrain
107
$99.99

**Pages with related products.** See and discover other items: Best wagon carts for beach, Best beach wheels for wagons, Best rolling carts for gardening

Back to top

Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Tour an Amazon Fulfillment Center

Make Money with Us
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English            United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Listen to Books & Original
Audio Performances

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

Fabric
Designer Men's
Fashion

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 54 of 74   Page ID #:281

7/3/2019          Amazon.com : Red Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lbs....

| Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot | Zappos |
| Unlimited Photo Storage | Video Distribution | Designer | Great Deals on | America's Healthiest | Deals and | Shoes & |
| Free With Prime | Made Easy | Fashion Brands | Quality Used Products | Grocery Store | Shenanigans | Clothing |

| Ring | eero WiFi | Neighbors App | Subscribe with Amazon | PillPack | Amazon Renewed | Amazon Second Chance |
| Smart Home | Stream 4K Video | Real-Time Crime & Safety Alerts | Discover & try | Pharmacy Simplified | Like-new products | Pass it on, trade it in, |
| Security Systems | in Every Room | | subscription services | | you can trust | give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates

7/3/2019          Amazon.com : Black Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb...



PROFESSIONAL BLACK MULTIPURPOSE WAGON: Extra large heavy duty all terrain folding utility wagon with a large load capacity and high weight capacity of 265 lbs. (120 kg). It has a heavy duty tubular steel frame and the cart is made from a durable 600D polyester fabric that is removable for easy cleaning.

PUSH OR PULL, 2 ADJUSTABLE HANDLES: The perfect utility wagon that's ideal for use at the beach, gardening, sporting events, shopping or anytime things need to be moved. Pull or push, wagon is designed with two handles, both a telescopic pull handle and an adjustable angle push handle for your choice of easy maneuvering.

4" WIDE RUBBER ALL-TERRAIN WHEELS: Wagon opens easily and folds into a compact size seconds with one pull of the strap inside the center of the cart. Includes 2 mesh cup holders and a storage pouch. Oversized rubber coated wagon wheels that are 4" wide and 7" in diameter for improved traction and smoother traveling over rough terrain and beach sand.

FULL OPEN & CLOSED DIMENSIONS: Outside dimensions opened: 40" long x 22" wide x 30" high with handles down; Inside cart dimensions opened: 31" long x 18" wide x 11" high; Folded dimensions: 31" long x 22" wide x 10" high. Note: Our Wide Wheel Wagons are available in 6 different

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 56 of 74   Page ID #:283

7/3/2019          Amazon.com : Black Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb…

colors Blue, Green, Black, Red and
Camouflage.
- **100% SATISFACTION GUARANTEE:** Buy with
confidence, if you're not satisfied with this
wagon at anytime within the first year of
purchase, we'll provide a refund or
replacement.

**New** (2) from $139.96 & FREE shipping. Details



Up to 25% off clearance
Shop now ›

## What other items do customers buy after viewing this item?


BEAU JARDIN Folding Push Wagon Cart Collapsible Utility Camping Grocery Canvas Fabric
Sturdy Portable Rolling Lightweight Beach Sand Buggies Outdoor Garden Sport Picnic Heavy
Duty Shopping Cart Wagon
256
$110.48


Mac Sports Collapsible Outdoor Utility Wagon with Folding Table and Drink Holders, Gray
596
$92.95


Mac Sports Heavy Duty Collapsible Folding All Terrain Utility Wagon Beach Cart with Table -
Blue
196
$142.80


Timber Ridge Folding Camping Wagon/Cart - Collapsible Sturdy Steel Frame Garden/Beach
Wagon/Cart Heavy Duty
192
$129.99

## Customers who viewed this item also viewed

    

| Timber Ridge Folding Camping Wagon/Cart Collapsible Sturdy Steel Frame Garden/Beach… | Impact Canopy Folding Utility Wagon, Collapsible All-Terrain Beach Wagon, Extra Large, Royal Blue | Furmax Sports Collapsible Sturdy Steel Frame Garden Beach Wagon Cart with … | Sekey Folding Wagon Cart Collapsible Outdoor Utility Wagon Heavy Duty Beach Wagon with All-Terrain… | Mac Sports Collapsible Folding Outdoor Utility Wagon (Wagon with Side Table (Utility, Light Grey) |
|---|---|---|---|---|
| 192 | 25 | 44 | 107 | 290 |
| $129.99 | $134.99 | $108.88 | $99.99 | $127.94 |

## Exclusive items from our brands

    

Pineeron Black Backup
Camera,Slim Bar Cam Size
AmazonBasics 16 Gauge
Audio Stereo Speaker Wire
AmazonBasics 100ft 16
Gauge Audio Stereo
AmazonBasics One-Port
USB Wall Charger for
USB C Fast Charger Set,
Compatible for Samsung

7/3/2019          Amazon.com : Black Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb...

| Tilt Adjustable Lens Angle and IP-67 Waterproof... | Cable - 50 Feet | Speaker Wire Cable - 100 Feet | Phone, iPad, and Tablet, 2.4 Amp, Black | Galaxy S10 Plus/S10E/S10/S9/S9+... |
|---|---|---|---|---|
| 12 | 1,006 | 3,405 | 1,008 | 12 |
| $22.07 | $8.49 | in Speaker Cables $11.00 | $6.99 | $21.99 |

## Special offers and product promotions

Color  **Black**

- **Your cost could be $89.96 instead of $139.96**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product Description



Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 58 of 74   Page ID #:285

7/3/2019          Amazon.com : Black Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb...






**FOLDABLE & COMPACT:**

Wagon opens easily and folds into a compact size seconds with one pull of the strap inside the center of the cart.

**FULLY ADJUSTABLE:**

The perfect utility wagon that's ideal for use at the beach, gardening, sporting events, shopping or anytime things need to be moved. Pull or push, wagon is designed with two handles, both a telescopic pull handle and an adjustable angle push handle for your choice of easy maneuvering.

**CONVENIENCE:**

Wagon features 2 mesh holders on the outside for holding cups, cans and bottles, while the inside features a mesh storage pouch for securely storing small items.

**4" WIDE RUBBER ALL-TERRAIN WHEELS:**

Oversized 4" wide and 7" in diameter rubber wagon wheels with all-terrain treads and premium steel bearings for improved traction and smoother traveling over rough terrain and beach sand.

## Product information

Color:**Black**

| | |
|---|---|
| Package Dimensions | 31.6 x 22.5 x 9 inches |
| Item Weight | 30.6 pounds |
| Shipping Weight | 30.6 pounds (View shipping rates and policies) |
| Manufacturer | TCP Global |
| ASIN | B07JQGLYHG |
| Customer Reviews | 89 customer reviews 3.9 out of 5 stars |

**Feedback**

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

## Product and related videos (0)  Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 59 of 74   Page ID #:286

7/3/2019          Amazon.com : Black Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb...



Mac Sports Collapsible
Folding Outdoor Utility
Wagon with Side Table
Blue
290
$110.13

Goplus Collapsible Folding
Wagon Cart, Utility Garden
Cart Collapsible Outdoor
Trol...
24
$92.99

BXL Heavy Duty
Collapsible Folding Garden
Cart Utility Wagon for
Shopping Outdoors ...
53
$129.95

GRLY PUSH HANDLE /
FOOT BRAKE FOLDING
WAGON BABY STROLLER
UTILITY CART GRAY
11
$189.99

PORTAL Collapsible
Folding Utility Wagon
Quad Compact Outdoor
Garden Camping Cart R...
45
$87.99

Mac Spo
Folding C
Wagon w

$99.99

Ad feedback

 PillPack           Your medication, delivered          Learn more >



Game on
amazonbasics
Shop now·



Ad feedback

## Customer Questions & Answers

See questions and answers

## 89 customer reviews

3.9 out of 5 stars

| | |
|---|---|
| 5 star | 54% |
| 4 star | 20% |
| 3 star | 7% |
| 2 star | 2% |
| 1 star | 17% |

**Customer images**



See all customer images

### By feature

Easy to assemble                    4.7

**Read reviews that mention**

7/3/2019          Amazon.com : Black Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb…

| Sturdiness | 4.2 |
| Durability | 3.9 |

See more

| heavy duty | front wheels | much better | push or pull |

| bring in groceries | love this wagon | large wheels | wagon i have ever |

| push handle | great wagon | beach | wheel | carry | durable |

## Review this product

Share your thoughts with other customers

### Write a customer review

**Showing 1-8 of 89 reviews**

Top Reviews

Brady

**"This product can expose you to chemicals including lead"**

November 13, 2018

Color: Black    Verified Purchase

Lead exposure warning. This was new news to me upon receiving this giant box in the mail today. It would have saved a lot of time, $$$ and energy if this was stated ANYWHERE in the description. Sending it back first thing tomorrow.

89 people found this helpful

Ad feedback

Helpful        Comment      Report abuse

Elaine Reynolds

**Wheels break off**

May 3, 2019

Color: Black    Verified Purchase

I paid top dollar for this wagon hoping it would last longer than 4 baseball games! What a disappointment! It arrived assembled so that was great and I loved the hard rubber tires and the size of the basket. It seemed perfect and I wish it would've worked out! I also liked that I could push or pull this wagon. However, when I pushed it (with snacks and my 4 yr old son in it that equaled no more than 40 pounds)....the two front wheels rolled under and the metal bent and broke off completely. Unfortunately, I'm past my return date so that stinks but wanted to go ahead and warn others. DO NOT BUY!

21 people found this helpful

Helpful        Comment      Report abuse

Mamboslave1

**LEFT REAR WHEEL OFF LINE**

March 10, 2019

Color: Red    Verified Purchase

When I 1st used recently there was no problem. It was great. So, when I opened it again the left rear wheel was almost in the middle of the structure. The wagon was lopsided. I had to walk 4miles with a bunch of personal things to my new apt. It was very difficult walking with a heavy lopsided wagon. Had no way of fixing it. Tried to push it all the way bk to the extreme left. To no avail. Someone PLEASE ADVISE/RESOLVE ASAP. I need the wagon to move. It's brand new TY.

16 people found this helpful

Helpful        Comment      Report abuse

alchemist

Case 8:19-cv-00516-JLS-DFM  Document 29  Filed 08/30/19  Page 61 of 74  Page ID #:288

7/3/2019         Amazon.com : Black Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb…

**The Best and easiest set of rollers to use.**

February 2, 2019

Color: Blue    Verified Purchase    Early Reviewer Rewards (What's this?)

I broke my leg and have not been able to complete moving to a new house until I purchased this wonderful wagon.

I have hauled boxes into rooms to be unpacked and stored.

I have hauled wood for my fireplace that I was unable to carry.

I have even hauled my dog in it...fun that is!

The wheels allow me to pull easily and then if I want to push the handle bar is just the cats meow.

Balanced and sturdy, sure am happy I have this wagon...my life is so much easier. Looks better in my house than a wheel barrel.

13 people found this helpful

Helpful        Comment     Report abuse

J.R.

**Should be a great range cart**

February 27, 2019

Color: Red    Verified Purchase

Had to laugh a bit about the Cali Prop 65 Lead warning, think everything gets that sticker, not that I don't take lead levels seriously I do, and this being my range cart for action pistol matches should hold plenty of gear and made a shelf that will hang on the push handle to give me a 11x25" workspace for loading magazines etc.

And the 4" wide tires should be good for the crushed gravel ranges and any home projects.

14 people found this helpful

Helpful        Comment     Report abuse

Irvinfitz

**Great product, just be careful!**

March 14, 2019

Color: Blue    Verified Purchase

The cart is great and I love that it folds. The canvas liner is durable. Just be careful not to set anything heavy in the cart too fast. The bar along the rear wheels will break the weld and sag like mine. I think if they weld along the entire bar across the back it will make it more durable.

14 people found this helpful

Helpful        Comment     Report abuse

Lynne

**Wide Wheel Beach Cart**

February 8, 2019

Color: Blue    Verified Purchase

It is easy to unfold and easy to fold back up, and that is important to me because I'm 68 and will not have help when using it. It also is not too heavy for me to lift into the back of my vehicle. The wheels are large and will be so much better in the sand than smaller ones. It is sturdy and large. I am very pleased with the quality and value. It did, unfortunately, come with one small piece broken where the handle snaps in to hold it upright. I had a phone #, and they were very helpful. I had the option to send the cart back for replacement or take a $10 refund and buy a wall snap for a broom, which should work fine. I chose the refund. I especially like the fact that I can either push or pull the cart.

12 people found this helpful

Helpful        Comment     Report abuse

Courtney Moore

**Some issues, but will update after longer use**

January 31, 2019

Color: Blue    Verified Purchase

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 62 of 74   Page ID #:289

7/3/2019          Amazon.com : Black Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb…

Out of the box, the little plastic clip that holds the telescopic handle upright was broken. I have fixed that with a magnet, which is much better and won't break.

Other issue required a trip to the Depot to get some screws and lock nuts as two lock nuts were completely missing from the stroller handle bracket. That being said, I'm pretty handy, so fixing these issues don't bother me, but I will update the review after a summer of hauling around my gear over gravel terrain. I do like the tires versus others I've seen.

8 people found this helpful

Helpful          Comment     Report abuse

See all 89 reviews

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Black Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb Capacity Canvas Fabric Cart Buggy - Beach, Garden, Sporting Events, Park, Picnic

Set up a giveaway

## Sponsored products related to this item



Mac Sports Collapsible Folding Outdoor Utility Wagon (Wagon with Side Table (Utilit…
290
$127.94

BXL Heavy Duty Collapsible Folding Garden Cart Utility Wagon for Shopping Outdoors …
33
$129.95

Clevr 80 Quart Qt Party Wagon Cooler Rolling Cooler Ice Chest, Red, w/Long Handle a…
19
$152.99

Goplus Collapsible Folding Wagon Cart, Utility Garden Cart Collapsible Outdoor Trol…
24
$92.99

Victoria Young Collapsible Outdoor Utility Wagon Folding Cart All-Terrain Wheels Tr…
1
$130.00

Sunnyda Garden L Duty Pol ONLY

$20.95
Ad feedback

Game on
amazonbasics  Shop now
Ad feedback

**Pages with related products.** See and discover other items: Best all terrain wagons for beach, Utility Fabrics, things for traveling

Back to top

Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations

Make Money with Us
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business

Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Tour an Amazon Fulfillment Center | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See More | | |

English     United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Ignite Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |
| Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2019, Amazon.com, Inc. or its affiliates

| | | |
|---|---|---|
| Try Prime | Garden & Outdoor ▾   **B07JR9S48R** | **Prime Day deals on July 15 & 16** |

Bella Vista 72714    Today's Deals   AmazonBasics   Coupons    E N    Hello, Sign in / Account & Lists    Orders   Try Prime    0 Cart

**Amazon Home**   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Kitchen & Bath renovation    **Shop the Summer Renovation Event ▸**

‹ Back to results

ide Wheel Wagon All
 Folding Collapsible
Wagon with Push Bar
ble Rolling Heavy
55 Lb Capacity Canvas
Cart Buggy - Beach,
, Sporting Events,
icnic

al
89 customer reviews
ered questions

9.96 & FREE Shipping. Details
EE Returns

$139.96

**$139.96**
& **FREE Shipping.** Details
& **FREE Returns**

**Want it Saturday, July 6?** Order within **1 hr 16 mins** and choose **Two-Day Shipping** at checkout. Details

**In Stock.**

Qty:  1  ▾

Add to Cart

Buy Now

Sold by TCP Global Corp and Fulfilled by Amazon.

**Item arrives in packaging that reveals what's inside.** To hide it, choose **Ship in Amazon packaging** at checkout.

- PROFESSIONAL BLUE MULTIPURPOSE WAGON: Extra large heavy duty all terrain folding utility wagon with a large load capacity and high weight capacity of 265 lbs. (120 kg). It has a heavy duty tubular steel frame and the cart is made from a durable 600D polyester fabric that is removable for easy cleaning.
- PUSH OR PULL, 2 ADJUSTABLE HANDLES: The perfect utility wagon that's ideal for use at the beach, gardening, sporting events, shopping or anytime things need to be moved. Pull or push, wagon is designed with two handles, both a telescopic pull handle and an adjustable angle push handle for your choice of easy maneuvering.
- 4" WIDE RUBBER ALL-TERRAIN WHEELS: Wagon opens easily and folds into a compact size seconds with one pull of the strap inside the center of the cart. Includes 2 mesh cup holders and a storage pouch. Oversized rubber coated wagon wheels that are 4" wide and 7" in diameter for improved traction and smoother traveling over rough terrain and beach sand.
- FULL OPEN & CLOSED DIMENSIONS: Outside dimensions opened: 40" long x 22" wide x 30" high with handles down; Inside cart dimensions opened: 31" long x 18" wide x 11" high; Folded dimensions: 31" long x 22" wide x 10" high. Note: Our Wide Wheel Wagons are available in 6 different

**Enjoy fast, FREE delivery, exclusive deals and Award-Winning movies & TV shows with Prime**
Click here and start saving today with **Fast, FREE Delivery**

Deliver to Bella Vista 72714

Add to List

Share

**Other Sellers on Amazon**

Used & new (5) from $126.54 & FREE shipping. Details

Have one to sell?    Sell on Amazon

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 65 of 74   Page ID #:292

7/3/2019          Amazon.com : Blue Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb ...

colors Blue, Green, Black, Red and
Camouflage.

- **100% SATISFACTION GUARANTEE:** Buy with
  confidence, if you're not satisfied with this
  wagon at anytime within the first year of
  purchase, we'll provide a refund or
  replacement.

**Used & new** (5) from $126.54 & FREE shipping.
Details



Up to 25% off clearance
Shop now ›

## Frequently bought together

Total price: $225.93

Add all three to Cart

+    +

Add all three to List

These items are shipped from and sold by different sellers. Show details

**This item:** Blue Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling...  $139.96

Sport-Brella Versa-Brella SPF 50+ Adjustable Umbrella with Universal Clamp  $29.99

Sport-Brella Vented SPF 50+ Sun and Rain Canopy Umbrella for Beach and Sports Events (8-Foot)  $55.98

## What other items do customers buy after viewing this item?


BEAU JARDIN Folding Push Wagon Cart Collapsible Utility Camping Grocery Canvas Fabric
Sturdy Portable Rolling Lightweight Beach Sand Buggies Outdoor Garden Sport Picnic Heavy
Duty Shopping Cart Wagon
256
$110.48


Timber Ridge Folding Camping Wagon/Cart - Collapsible Sturdy Steel Frame Garden/Beach
Wagon/Cart Heavy Duty
192
$129.99


Mac Sports Collapsible Outdoor Utility Wagon with Folding Table and Drink Holders, Gray
596
$92.95

Goplus Collapsible Folding Wagon Cart, Utility Garden Cart Collapsible Outdoor Trolley with
Sun/Rain Shade, Push Bar for Shopping, Beach, Lawn, Sports
24
$169.99

## Customers also shopped for

  

Sekey Folding Beach        COMPACT FOLDED JUMBO      Timber Ridge Folding      WagonBuddy Compact        Superbuy Wonder Wheeler
Wagon with Brakes          WHEEL GREY FOLDING        Camping Wagon/Cart        Folded Jumbo Wheel RED    Beach Cart, Ultra Wide
Collapsible Wagon Cart     WAGON ALL PURPOSE         Collapsible Sturdy Steel  Folding Wagon All Purpose Wheels Deluxe Folding

Case 8:19-cv-00516-JLS-DFM  Document 29  Filed 08/30/19  Page 66 of 74  Page ID #:293

7/3/2019          Amazon.com : Blue Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb …

| Heavy Duty Utility Wagon 7 | GARDEN UTILITY BEACH 4 | Frame Garden/Beach 376 | Garden Utility Beach 4 | Utility Beach Cart 5 |
|---|---|---|---|---|
| $129.99 | $99.99 | $192.77 | $99.99 | $59.99 |

Uquip Foldable Hand
Wagon Holly XXL - Solid
Rubber Tires, Large
Capacity, up to 220lbs
2
$279.95

## Special offers and product promotions

Color: **Blue**

- **Your cost could be $89.96 instead of $139.96**! Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product Description

**PROFESSIONAL BLUE, WIDE WHEEL MULTIPURPOSE WAGON:**

Extra large heavy duty all terrain folding utility wagon with a large load
capacity and high weight capacity of 265 lbs. (120 kg). It has a heavy
duty tubular steel frame and the cart is made from a durable 600D
polyester fabric that is removable for easy cleaning.

**FULLY OPEN & CLOSED DIMENSIONS:** Outside dimensions opened: 40"
long x 22" wide x 30" high with handles down; Inside cart dimensions
opened: 31" long x 18" wide x 11" high; Folded dimensions: 31" long x
22" wide x 10" high. **Note:** Our Wide Wheel Wagons are available in 5
different colors Blue, Green, Black, Red and Camouflage.

**SAFETY WARNINGS:** This is a utility wagon, not a toy. Wagon is designed
for storing and transportation only, and is not intended to be used to
carry kids or other passengers. Wagon should only be used with adult
supervision. Maximum wagon load capacity is 265 lbs. (120 kg). **Caution:**
Personal injury could result if maximum load is exceeded.

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 67 of 74   Page ID #:294

7/3/2019          Amazon.com : Blue Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb ...

**FOLDABLE & COMPACT:**

Wagon opens easily and folds into a compact size seconds with one pull of the strap inside the center of the cart.

**FULLY ADJUSTABLE:**

The perfect utility wagon that's ideal for use at the beach, gardening, sporting events, shopping or anytime things need to be moved. Pull or push, wagon is designed with two handles, both a telescopic pull handle and an adjustable angle push handle for your choice of easy maneuvering.

**CONVENIENCE:**

Wagon features 2 mesh holders on the outside for holding cups, cans and bottles, while the inside features a mesh storage pouch for securely storing small items.

**4" WIDE RUBBER ALL-TERRAIN WHEELS:**

Oversized 4" wide and 7" in diameter rubber wagon wheels with all-terrain treads and premium steel bearings for improved traction and smoother traveling over rough terrain and beach sand.

## Product information

Color:**Blue**

| | | |
|---|---|---|
| Package Dimensions | 32 x 22.5 x 9 inches | |
| Item Weight | 31 pounds | |
| Shipping Weight | 31 pounds (View shipping rates and policies) | |
| Manufacturer | TCP Global | |
| ASIN | B07JR9S48R | |
| Customer Reviews | 89 customer reviews 3.9 out of 5 stars | |

**Feedback**

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

## Product and related videos (0)   Upload your video

**Be the first video**

Your name here

## Sponsored products related to this item

| Mac Sports Collapsible Folding Outdoor Utility Wagon with Side Table - Blue | Goplus Collapsible Folding Wagon Cart, Utility Garden Cart Collapsible Outdoor Trol... | BXL Heavy Duty Collapsible Folding Garden Cart Utility Wagon for Shopping Outdoors ... | Mac Sports Collapsible Folding Outdoor Utility Wagon with Straps, Green | Clevr 80 Quart Qt Party Wagon Cooler Rolling Cooler Ice Chest, Red, w/Long Handle a... | Victoria ' Outdoor Folding ( Wheels 1 |
|---|---|---|---|---|---|
| 290 | 24 | 33 | 6,175 | 19 | |
| $110.13 | $92.99 | $129.95 | $99.99 | $152.99 | $130.00 |
| | | | | | Ad feedback |



Ad feedback

## Customer Questions & Answers

See questions and answers

**89 customer reviews**

3.9 out of 5 stars

| | |
|---|---|
| 5 star | 54% |
| 4 star | 20% |
| 3 star | 7% |
| 2 star | 2% |
| 1 star | 17% |

**By feature**

| | |
|---|---|
| Easy to assemble | 4.7 |
| Sturdiness | 4.2 |
| Durability | 3.9 |

See more

**Review this product**

Share your thoughts with other customers

Write a customer review

**Customer images**

See all customer images

**Read reviews that mention**

| | | | |
|---|---|---|---|
| heavy duty | front wheels | much better | push or pull |
| bring in groceries | love this wagon | large wheels | wagon i have ever |
| push handle | great wagon | beach | wheel | carry | durable |

Showing 1-8 of 89 reviews

Top Reviews

Brady

**"This product can expose you to chemicals including lead"**

November 13, 2018

Color: Black     Verified Purchase

Lead exposure warning. This was new news to me upon receiving this giant box in the mail today. It would have saved a lot of time, $$$ and energy if this was stated ANYWHERE in the description. Sending it back first thing tomorrow.

89 people found this helpful

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 69 of 74   Page ID #:296

7/3/2019          Amazon.com : Blue Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb ...

Helpful          Comment    Report abuse

**Elaine Reynolds**

**Wheels break off**

May 3, 2019

Color: Black    Verified Purchase

I paid top dollar for this wagon hoping it would last longer than 4 baseball games! What a disappointment! It arrived assembled so that was great and I loved the hard rubber tires and the size of the basket. It seemed perfect and I wish it would've worked out! I also liked that I could push or pull this wagon. However, when I pushed it (with snacks and my 4 yr old son in it that equaled no more than 40 pounds)....the two front wheels rolled under and the metal bent and broke off completely. Unfortunately, I'm past my return date so that stinks but wanted to go ahead and warn others. DO NOT BUY!

Ad feedback

21 people found this helpful

Helpful          Comment    Report abuse

**Mamboslave1**

**LEFT REAR WHEEL OFF LINE**

March 10, 2019

Color: Red    Verified Purchase

When I 1st used recently there was no problem. It was great. So, when I opened it again the left rear wheel was almost in the middle of the structure. The wagon was lopsided. I had to walk 4miles with a bunch of personal things to my new apt. It was very difficult walking with a heavy lopsided wagon. Had no way of fixing it. Tried to push it all the way bk to the extreme left. To no avail. Someone PLEASE ADVISE/RESOLVE ASAP. I need the wagon to move. It's brand new TY.

16 people found this helpful

Helpful          Comment    Report abuse

**alchemist**

**The Best and easiest set of rollers to use.**

February 2, 2019

Color: Blue    Verified Purchase    Early Reviewer Rewards (What's this?)

I broke my leg and have not been able to complete moving to a new house until I purchased this wonderful wagon.
I have hauled boxes into rooms to be unpacked and stored.
I have hauled wood for my fireplace that I was unable to carry.
I have even hauled my dog in it...fun that is!
The wheels allow me to pull easily and then if I want to push the handle bar is just the cats meow.
Balanced and sturdy, sure am happy I have this wagon...my life is so much easier. Looks better in my house than a wheel barrel.

13 people found this helpful

Helpful          Comment    Report abuse

**J.R.**

**Should be a great range cart**

February 27, 2019

Color: Red    Verified Purchase

Had to laugh a bit about the Cali Prop 65 Lead warning, think everything gets that sticker, not that I don't take lead levels seriously I do, and this being my range cart for action pistol matches should hold plenty of gear and made a shelf that will hang on the push handle to give me a 11x25" workspace for loading

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 70 of 74   Page ID #:297

7/3/2019          Amazon.com : Blue Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb ...

magazines etc.
And the 4" wide tires should be good for the crushed gravel ranges and any home projects.

**14 people found this helpful**

Helpful          Comment     Report abuse

Irvinfitz

**Great product, just be careful!**

March 14, 2019
Color: Blue    Verified Purchase

The cart is great and I love that it folds. The canvas liner is durable. Just be careful not to set anything heavy
in the cart too fast. The bar along the rear wheels will break the weld and sag like mine. I think if they weld
along the entire bar across the back it will make it more durable.

**14 people found this helpful**

Helpful          Comment     Report abuse

Lynne

**Wide Wheel Beach Cart**

February 8, 2019
Color: Blue    Verified Purchase

It is easy to unfold and easy to fold back up, and that is important to me because I'm 68 and will not have
help when using it. It also is not too heavy for me to lift into the back of my vehicle. The wheels are large
and will be so much better in the sand than smaller ones. It is sturdy and large. I am very pleased with the
quality and value. It did, unfortunately, come with one small piece broken where the handle snaps in to hold
it upright. I had a phone #, and they were very helpful. I had the option to send the cart back for
replacement or take a $10 refund and buy a wall snap for a broom, which should work fine. I chose the
refund. I especially like the fact that I can either push or pull the cart.

**12 people found this helpful**

Helpful          Comment     Report abuse

Courtney Moore

**Some issues, but will update after longer use**

January 31, 2019
Color: Blue    Verified Purchase

Out of the box, the little plastic clip that holds the telescopic handle upright was broken. I have fixed that
with a magnet, which is much better and won't break.

Other issue required a trip to the Depot to get some screws and lock nuts as two lock nuts were completely
missing from the stroller handle bracket. That being said, I'm pretty handy, so fixing these issues don't
bother me, but I will update the review after a summer of hauling around my gear over gravel terrain. I do
like the tires versus others I've seen.

**8 people found this helpful**

Helpful          Comment     Report abuse

See all 89 reviews

Write a customer review

# Set up an Amazon Giveaway

Amazon Giveaway allows you to run promotional giveaways in order to
create buzz, reward your audience, and attract new followers and

customers. Learn more about Amazon Giveaway

This item: Blue Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb Capacity Canvas
Fabric Cart Buggy - Beach, Garden, Sporting Events, Park, Picnic

Set up a giveaway

## Customers who viewed this item also viewed

| BEAU JARDIN Folding Push Wagon Cart Collapsible Utility Camping Grocery Canvas Fabric Sturdy | Timber Ridge Folding Camping Wagon/Cart - Collapsible Sturdy Steel Frame Garden/Beach | Pull & Push Collapsible Utility Folding Wagon with All Terrain Wide Tire (Blue/Gray) | Sekey Folding Wagon Cart Collapsible Outdoor Utility Wagon Heavy Duty Beach Wagon with All-Terrain | Mac Sports Heavy Duty Collapsible Folding All Terrain Utility Wagon Beach Cart with Table |
|---|---|---|---|---|
| 256 | 192 | 13 | 107 | 134 |
| $110.48 | $129.99 | $125.00 | 2 offers from $115.75 | $166.39 |

Pull & Push Collapsible
Utility Folding Wagon with
All Terrain Wide Tire
(Navy/Red)
13
$125.00



Ad feedback

Pages with related products. See and discover other items: sport wagon, Best collapsible wagons for beach, Best rolling carts for beach, Best wagons for sports, Best wagons for beach, Sports Wagons

back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Tour an Amazon Fulfillment Center | Become an Affiliate | Reload Your Balance | Amazon Assistant |
|  | Advertise Your Products | Amazon Currency Converter | Help |
|  | Self-Publish with Us |  |  |
|  | › See More |  |  |

Case 8:19-cv-00516-JLS-DFM   Document 29   Filed 08/30/19   Page 72 of 74   Page ID #:299

7/3/2019         Amazon.com : Blue Wide Wheel Wagon All Terrain Folding Collapsible Utility Wagon with Push Bar - Portable Rolling Heavy Duty 265 Lb ...

| English | | United States | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Listen to Books & Original<br>Audio Performances | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items |
| Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing |
| Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Neighbors App<br>Real-Time Crime & Safety Alerts | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2019, Amazon.com, Inc. or its affiliates

lobal.com

+1(858) 909-2110

Live Chat Support

Shipping Info

SDS & TDS Sheets

Track Your Order

Login

Create

GLOBAL

Autobody ›

Paint & Coatings ›

Truck Bedliner ›

Home & Garden ›

**Sold out**

Item#: WWW W1...

Green Wide Whee...
Terrain Folding C...
Utility Wagon wit...

**$149.96 U...**

Free Ground Ship...

Item#: WWW W146-C

Camouflage Wide Wheel Wagon
All Terrain Folding Collapsible
Utility Wagon with Push Bar -

**$149.96 USD**

Free Ground Shipping

★ 1 Review
Item#: WWW W140-R

Red Wide Wheel Wagon All
Terrain Folding Collapsible
Utility Wagon with Push Bar -

**$149.96 USD**

Free Ground Shipping

W W144-B

eel Wagon All
ng Collapsible
vith Push Bar -

6 USD

d Shipping

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANT/ COUNTERCLAIMANT BRIAN HOROWITZ'S COUNTERCLAIM AGAINST PLAINTIFF/COUNTER-DEFENDANT TCP INVESTMENTS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Marc C Forsythe**
  **mforsythe@goeforlaw.com,kmurphy@goeforlaw.com**
- **Ben T Lila**
  **blila@mandourlaw.com,jmandour@mandourlaw.com,docketing@mandourlaw.com,ggray@mandourlaw.com**
- **Joseph A Mandour , III**
  **jmandour@mandourlaw.com,blila@mandourlaw.com,docketing@mandourlaw.com,ggray@mandourlaw.com**

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) August 30, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 30, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Douglas F. McCormick, USDC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 30, 2019 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

9